IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC., and<br>VICOR CORPORATION,<br><br>      Defendants. | Civ. No. 2:11-cv-54-MHS-CMC<br><br>JURY TRIAL DEMANDED |
| SYNQOR, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>ARTESYN TECHNOLOGIES, INC.,<br>ASTEC AMERICA, INC.,<br>BEL FUSE INC.,<br>MURATA ELEC. NORTH AMERICA, INC.,<br>MURATA MANUFACTURING CO., LTD.,<br>MURATA POWER SOLUTIONS INC., and<br>POWER-ONE, INC.,<br><br>      Defendants. | Civ. No. 2:11-cv-444-MHS-CMC<br><br>SPECIALLY APPEARING FOR<br>PURPOSES OF THIS MOTION ONLY |

**AMEDED CERTIFICATE OF SERVICE TO
DEFENDANT ('54 CASE) AND NON-PARTY ('444 CASE) CISCO SYSTEMS, INC.'S
OPPOSITION TO SYNQOR INC.'S MOTION TO COMPEL AND FOR SANCTIONS**

Dated: June 30, 2013

Respectfully submitted,

By: */s/ Kurt Pankratz*
    Kurt M. Pankratz
      Texas Bar No. 24013291
      Email: kurt.pankratz@bakerbotts.com
    Douglas M. Kubehl
      Texas Bar No. 00796909
      Email: doug.kubehl@bakerbotts.com
    **BAKER BOTTS, L.L.P.**
    2001 Ross Avenue
    Dallas, Texas 75201
    Telephone: (214) 953-6500
    Facsimile: (214) 953-6503

    William F. Lee *(pro hac vice)*
      Email: william.lee@wilmerhale.com
    **WILMER CUTLER PICKERING**
    **HALE AND DORR LLP**
    60 State Street
    Boston, Massachusetts 02109
    Telephone: (617) 526-6000
    Facsimile: (617) 526-5000

    **ATTORNEYS FOR CISCO SYSTEMS, INC.**

**AMENDED CERTIFICATE OF SERVICE**

I hereby certify that the Opposition to SynQor's Motion to Compel and for Sanctions filed on June 28, 2013 was served on all counsel of record by electronic mail, as it was filed under seal and the Court's ECF system would not provide notice to all parties. Service was made on June 28, 2013 immediately after filing with the Court.

/s/ *Kurt M. Pankratz*
Kurt M. Pankratz