UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SynQor, Inc.<br><br>                           Plaintiff,<br><br>   v.<br><br>Cisco Systems, Inc. and<br>Vicor Corporation.<br><br><br>                          Defendants. | Civil Action No. 2:11-cv-54-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |

## SYNQOR, INC.'S NOTICE OF DISCLOSURE PURSUANT TO P.R. 4-1

Plaintiff SynQor, Inc. ("SynQor") files this Notice of Disclosure Pursuant to P.R. 4-1 hereby notifying the Court and counsel for the defendants that SynQor served its Proposed Terms and Claim Elements for Construction pursuant to P.R. 4-1 and the Joint Docket Control Order (Dkt. 172) in this case on July 9, 2013.

Respectfully submitted,

Dated: July 9, 2013

*/s/ David T. DeZern*

**Thomas D. Rein** (*admitted pro hac vice*)
Lead Attorney
trein@sidley.com
**Russell E. Cass** *(admitted pro hac vice)*
rcass@sidley.com
**Stephanie P. Koh** (*admitted pro hac vice*)
skoh@sidley.com
**Bryan C. Mulder**  (*admitted pro hac vice*)
bmulder@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone:   312.853.7000
Facsimile:    312.853.7036

**Michael D. Hatcher**
Texas State Bar No. 24027067
mhatcher@sidley.com
**David T. DeZern**
Texas State Bar No. 24059677
ddezern@sidley.com
SIDLEY AUSTIN LLP
717 North Harwood, Suite 3400
Dallas, TX 75201
Telephone:   214.981.3300
Facsimile:    214.981.3400

***ATTORNEYS FOR PLAINTIFF SYNQOR, INC.***

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 9, 2013.

 */s/ David T. DeZern*
David T. DeZern