UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC. and <br> VICOR CORPORATION, <br><br> Defendants. | Civil Action No. 2:11-CV-00054-MHS-CMC |

## DEFENDANTS' NOTICE OF COMPLIANCE WITH P.R. 4-1

Defendants Cisco Systems, Inc. and Vicor Corporation hereby notify the Court that they served on counsel of record for Plaintiff the disclosures required by P.R. 4-1 on July 9, 2013.

Dated: July 10, 2013	Respectfully submitted,

By: */s/ Lawrence K. Kolodney*
Robert E. Hillman (*pro hac vice*)
hillman@fr.com
Lawrence K. Kolodney (*pro hac vice*)
kolodney@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02210-1878
Telephone: 617-542-5070
Facsimile: 617-542-8906

Stephen A. Marshall (*pro hac vice*)
smarshall@fr.com
**FISH & RICHARDSON P.C.**
1425 K Street NW
Washington, DC 20005
Telephone: 202-783-5070
Facsimile: 202-783-2331

David A. Gerasimow (*pro hac vice*)
gerasimow@fr.com
**FISH & RICHARDSON P.C.**
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: 612-335-5070
Facsimile: 612-288-9696

Eric H. Findlay, Texas Bar No. 00789886
efindlay@findlaycraft.com
**FINDLAY CRAFT, LLP**
6760 Old Jacksonville Highway, Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137

Attorneys for Defendant
Vicor Corporation

Dated: July 10, 2013

By: */s/ Kurt M. Pankratz*
Douglas M. Kubehl
  Texas Bar No. 00796909
  Email: doug.kubehl@bakerbotts.com
Kurt M. Pankratz
  Texas Bar No. 24013291
  Email: kurt.pankratz@bakerbotts.com
**BAKER BOTTS, L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

William F. Lee
  Admitted *pro hac vice*
  Email: william.lee@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Defendant
Cisco Systems, Inc.

**CERTIFICATE OF SERVICE
PURSUANT TO LOCAL RULE CV-5(D)**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 10th day of July, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Kurt M. Pankratz*
Kurt M. Pankratz