**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SynQor, Inc.<br><br>                Plaintiff,<br><br>  v.<br><br>Cisco Systems, Inc. and<br>Vicor Corporation.<br><br><br>                Defendants. | Civil Action No. 2:11-cv-54-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |

## SYNQOR, INC.'S NOTICE OF DISCLOSURE PURSUANT TO P.R. 4-2

Plaintiff SynQor, Inc. ("SynQor") files this Notice of Disclosure Pursuant to P.R. 4-2 hereby notifying the Court and counsel for the defendants that SynQor served its Preliminary Claim Constructions and Preliminary Identification of Extrinsic Evidence pursuant to P.R. 4-2 and the Joint Docket Control Order (Dkt. 172) in this case on August 6, 2013.

                                                  Respectfully submitted,

Dated: August 7, 2013                  */s/ David T. DeZern*
                                             **Thomas D. Rein** (*admitted pro hac vice*)
                                             Lead Attorney
                                             trein@sidley.com
                                             **Russell E. Cass** (*admitted pro hac vice*)
                                             rcass@sidley.com
                                             **Stephanie P. Koh** (*admitted pro hac vice*)
                                             skoh@sidley.com
                                             **Bryan C. Mulder** (*admitted pro hac vice*)
                                             bmulder@sidley.com
                                             SIDLEY AUSTIN LLP
                                             One South Dearborn
                                             Chicago, IL 60603
                                             Telephone: 312.853.7000
                                             Facsimile: 312.853.7036

                                             **Michael D. Hatcher**
                                             Texas State Bar No. 24027067
                                             mhatcher@sidley.com
                                             **David T. DeZern**
                                             Texas State Bar No. 24059677
                                             ddezern@sidley.com
                                             SIDLEY AUSTIN LLP
                                             717 North Harwood, Suite 3400
                                             Dallas, TX 75201
                                             Telephone: 214.981.3300
                                             Facsimile: 214.981.3400

                                             ***ATTORNEYS FOR PLAINTIFF SYNQOR, INC.***

**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 7, 2013.

                                                               */s/ David T. DeZern*
                                                               David T. DeZern