# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC. and VICOR CORPORATION, <br><br> Defendants. | Civil Action No. 2:11-CV-00054-MHS-CMC |

## DEFENDANTS' NOTICE OF COMPLIANCE WITH P.R. 4-2

Defendants Cisco Systems, Inc. and Vicor Corporation hereby notify the Court that they served on counsel of record for Plaintiff their Preliminary Proposed Constructions of Claim Terms and Preliminary Identification of Extrinsic Evidence (and also provided Plaintiff with copies of such evidence), as required by P.R. 4-2 and the Joint Docket Control Order (Dkt. 172) in this case, on August 6, 2013.

Dated: August 7, 2013

Respectfully submitted,

By: */s/ Lawrence K. Kolodney*
Robert E. Hillman (*pro hac vice*)
hillman@fr.com
Lawrence K. Kolodney (*pro hac vice*)
kolodney@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02210-1878
Telephone: 617-542-5070
Facsimile: 617-542-8906

Stephen A. Marshall (*pro hac vice*)
smarshall@fr.com
**FISH & RICHARDSON P.C.**
1425 K Street NW
Washington, DC 20005
Telephone: 202-783-5070
Facsimile: 202-783-2331

David A. Gerasimow (*pro hac vice*)
gerasimow@fr.com
**FISH & RICHARDSON P.C.**
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: 612-335-5070
Facsimile: 612-288-9696

Eric H. Findlay, Texas Bar No. 00789886
efindlay@findlaycraft.com
**FINDLAY CRAFT, LLP**
6760 Old Jacksonville Highway, Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137

Attorneys for Defendant
Vicor Corporation

Dated: August 7, 2013

By: */s/ Kurt M. Pankratz*
Douglas M. Kubehl
  Texas Bar No. 00796909
  Email: doug.kubehl@bakerbotts.com
Kurt M. Pankratz
  Texas Bar No. 24013291
  Email: kurt.pankratz@bakerbotts.com
**BAKER BOTTS, L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

William F. Lee
  Admitted *pro hac vice*
  Email: william.lee@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Defendant
Cisco Systems, Inc.

**CERTIFICATE OF SERVICE**

I certify that on the 7th day of August, 2013, all counsel of record were served with a copy of this document via the Court's electronic case filing system.

*/s/ Kurt M. Pankratz*
Kurt M. Pankratz