IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYNQOR, INC. | § | |
| | § | |
| v. | § | Case No. 2:11-cv-54 |
| | § | |
| CISCO SYSTEMS, INC. AND VICOR | § | |
| CORPORATION | § | |

## ORDER REGARDING HEARING

The above-referenced case was referred to the undersigned United States Magistrate Judge for pre-trial purposes in accordance with 28 U.S.C. § 636. A claim construction technology tutorial is currently scheduled at 9:00 a.m. on December 17, 2013, with the claim construction hearing beginning after the tutorial. The hearing will take place in the Fourth Floor Courtroom in Texarkana. If they desire, the parties may provide the Court and the technical advisor with tutorials concerning the technology in advance of the hearing, on or before December 2, 2013.

Each side is limited to 30 minutes for the tutorial and 1.5 hours for claim construction argument.

**IT IS SO ORDERED**.

**SIGNED this 29th day of August, 2013.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE