IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYNQOR, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 2:11-CV-54-DF |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| CISCO SYSTEMS, INC., | § | |
| and VICOR CORPORATION | § | |
| | § | |
| Defendants. | § | |
| | § | |

## NOTICE OF APPEARANCE

Defendant Cisco Systems, Inc. hereby gives notice that Christa Brown-Sanford enters her appearance as attorney of record for Defendant Cisco Systems, Inc. and requests that copies of all notices, orders, and pleadings be served on the undersigned counsel.

Dated: August 29, 2013                    Respectfully submitted,

By:   */s/ Christa Brown-Sanford*
      Douglas M. Kubehl
      douglas.kubehl@bakerbotts.com
      Kurt Max Pankratz
      kurt.pankratz@bakerbotts.com
      Christa Brown-Sanford
      christa.brown-sanford@bakerbotts.com
      R. Scott McClelland
      scott.mcclelland@bakerbotts.com
      BAKER BOTTS LLP
      2001 Ross Ave.
      Suite 600
      Dallas, TX 75201-2980
      Tel: (214) 953-6584
      Fax: (214) 661-4584

      Michael E. Jones
      State Bar No. 10929400
      POTTER MINTON
      A Professional Corporation
      110 N. College, Suite 500
      Tyler, Texas  75702
      (903) 597 8311
      (903) 593 0846 (Facsimile)
      mikejones@potterminton.com

      ATTORNEYS FOR DEFENDANT
      CISCO SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 29th day of August, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                    */s/ Christa Brown-Sanford*
                    Christa Brown-Sanford