**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SynQor, Inc.<br><br>                Plaintiff,<br><br>  v.<br><br>Cisco Systems, Inc. and<br>Vicor Corporation.<br><br><br>                Defendants. | Civil Action No. 2:11-CV-54-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO
DISCLOSE REBUTTAL CLAIM CONSTRUCTION TESTIMONY AND COMPLETE
CLAIM CONSTRUCTION DISCOVERY**

Having considered the parties' Joint Motion for Extension of Time to Disclose Rebuttal Claim Construction Testimony and Complete Claim Construction Discovery, the Court hereby GRANTS said Motion. It is therefore:

ORDERED that all parties shall exchange disclosures of rebuttal claim construction testimony by September 20, 2013 and all parties are granted an extension up to and including October 14, 2013 to complete claim construction discovery.

**SIGNED this 5th day of September, 2013.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE