## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC.<br><br>               Plaintiff,<br><br>   v.<br><br>CISCO SYSTEMS, INC. AND<br>VICOR CORPORATION.<br><br><br>               Defendants. | Civ. A. No. 2:11-cv-54-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |

## AMENDMENTS TO PROTECTIVE ORDER

The parties to this action have stipulated, through their respective counsel, to the entry of the following amendments to the Protective Order (Dkt. No. 204). It is therefore ORDERED pursuant to Rule 26(c) of the Federal Rules of Civil Procedure that the Protective Order (Dkt. No. 204) is hereby amended to add the following paragraphs:

29. Notwithstanding any other provision of this Order, outside counsel for the parties to Civil Action No. 2:07-cv-497 (E.D. Texas) ("the '497 case") and Civil Action No. 2:11-cv-444 (E.D. Texas) ("the '444 case") may, subject to the restrictions of paragraph 30, have access to and use of the following categories of Protected Materials from this litigation in the '497 case and/or '444 case: (a) all court filings and attachments, including those filed under seal; (b) all deposition transcripts and exhibits; (c) all expert reports; (d) all discovery responses; and (e) all of plaintiff and defendants' listed trial exhibits, regardless of whether introduced.

30. Use of the categories of Protected Materials described in Paragraph 29 in the '497 case and/or '444 case shall be governed by the following restrictions:

    (a) Outside counsel for the parties in the '497 case or '444 case, on behalf of their respective firms, must sign the "ACKNOWLEDGEMENT TO BE BOUND BY PROTECTIVE ORDER" attached hereto and provide a copy to outside counsel for all parties in the '54 case prior to receiving any of the aforementioned categories of Protected Materials. Outside counsel for the parties in the '497 case or '444 case must also comply with Paragraph 5(c) for any outside consultants or experts before providing any Protected Materials to them.

 (b) Outside counsel for the parties in the '497 case or '444 case receiving any of the aforementioned categories of Protected Materials may use those materials in the '497 case and/or '444 case litigation, subject to the provisions of this Order.  For purposes of this paragraph, use of the term "this litigation" in paragraphs 1-23 of this Order shall be understood to include the '497 case or '444 case litigation."

**SIGNED this 16th day of September, 2013.**

_Caroline M. Craven_
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE