IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SynQor, Inc. | § | |
| | § | Civil Action No. 2:11-CV-54-TJW-CE |
| v. | § | |
| | § | Jury Trial Demanded |
| Cisco Systems, Inc. and | § | |
| Vicor Corporation | § | |

## NOTICE OF APPEARANCE AS COUNSEL

Defendant Cisco Systems, Inc. files this Notice of Appearance as Counsel and hereby notifies the Court that Allen F. Gardner of the law firm Potter Minton, P.C., 110 N. College Ave., Suite 500, Tyler, Texas 75702 is appearing as counsel for Defendant Cisco Systems, Inc.. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: September 18, 2013

Respectfully submitted,

By: */s/ Allen F. Gardner*
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas 75702
903 597 8311
903 593 0846 (Facsimile)

**ATTORNEY FOR DEFENDANT,
CISCO SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 18, 2013. Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Allen F. Gardner*