UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC. and VICOR CORPORATION, <br><br> Defendants. | C.A. No. 2:11-cv-00054-MHS-CMC <br><br> JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendant, Vicor Corporation ("Vicor"), files this Notice of Appearance, and hereby notifies the Court that David A. Nelson, of the law firm Quinn Emanuel Urquhart & Sullivan, LLP , 500 West Madison, Suite 2450, Chicago Illinois 60661, Telephone (312) 705-7400, Fax (312) 705-7401, E-mail: davenelson@quinnemanuel.com has entered this action as counsel for Vicor. In connection with this notice, Mr. Nelson requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: September 23, 2013

Respectfully submitted,

By: /s/ *David A. Nelson*
David A. Nelson
State Bar No. IL6209623
Quinn Emanuel Urquhart & Sullivan
500 West Madison Street
Ste 2450
Chicago, IL 60661
(312) 705-7465
(312) 705-7401 FAX
Email:
davenelson@quinnemanuel.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2013, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

*/s/ David A. Nelson*
David A. Nelson