IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYNQOR, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 2:11-CV-54-DF |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| CISCO SYSTEMS, INC., | § | |
| and VICOR CORPORATION | § | |
| | § | |
| Defendants. | § | |
| | § | |

## NOTICE OF APPEARANCE

Defendant Cisco Systems, Inc. hereby gives notice that R. Scott McClelland enters his appearance as attorney of record for Defendant Cisco Systems, Inc. and requests that copies of all notices, orders, and pleadings be served on the undersigned counsel.

Dated: September 26, 2013						Respectfully submitted,

							By:	*/s/ R. Scott McClelland*
								Douglas M. Kubehl
								douglas.kubehl@bakerbotts.com
								Kurt Max Pankratz
								kurt.pankratz@bakerbotts.com
								Christa Brown-Sanford
								christa.brown-sanford@bakerbotts.com
								Roshan S. Mansinghani
								roshan.mansinghani@bakerbotts.com
								R. Scott McClelland
								scott.mcclelland@bakerbotts.com
								BAKER BOTTS LLP
								2001 Ross Ave.
								Suite 600
								Dallas, TX 75201-2980
								Tel: (214) 953-6584
								Fax: (214) 661-4584

								Michael E. Jones
								State Bar No. 10929400
								POTTER MINTON
								A Professional Corporation
								110 N. College, Suite 500
								Tyler, Texas 75702
								(903) 597 8311
								(903) 593 0846 (Facsimile)
								mikejones@potterminton.com

								ATTORNEYS FOR DEFENDANT
								CISCO SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 26th day of September, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

							*/s/ R. Scott McClelland*
							R. Scott McClelland