IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SynQor, Inc. | § | |
| | § | Civil Action No. 2:11-cv-54-TJW-CE |
| v. | § | |
| | § | Jury Trial Demanded |
| Cisco Systems, Inc. and | § | |
| Vicor Corporation | § | |

## NOTICE OF APPEARANCE AS COUNSEL

Defendant Cisco Systems, Inc. files this Notice of Appearance of Counsel and hereby notifies the Court that Michael E. Jones of the law firm Potter Minton, P.C., 110 N. College Ave., Suite 500, Tyler, Texas 75702 is appearing as counsel for Cisco Systems, Inc. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: November 5, 2013
Respectfully submitted,

*/s/ Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Potter Minton, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Telephone: 903.597.8311
Fax: 903.593.0846

**ATTORNEY FOR DEFENDANTS CISCO SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 5, 2013.

>                           */s/ Michael E. Jones*
>                           Michael E. Jones