# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SynQor, Inc.<br><br>     Plaintiff,<br><br>v.<br><br>Cisco Systems, Inc. and<br>Vicor Corporation.<br><br>     Defendants. | Civil Action No. 2:11-cv-54-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING UNOPPOSED MOTION
## FOR LEAVE TO AMEND SYNQOR'S COMPLAINT

On this day, the Court considered the Unopposed Motion for Leave to Amend SynQor's Infringement Contentions for Vicor. After considering the Motion, the Court finds that it should be, and is hereby, GRANTED.

IT IS THEREFORE ORDERED that Plaintiff SynQor, Inc. is granted leave to amend its Infringement Contentions as requested in its Motion and reflected in its proposed Second Supplemental Disclosure of Asserted Claims and Infringement Contentions for Vicor attached as Exhibit 1 to the Motion.

**SIGNED this 21st day of November, 2013.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE