# EXHIBIT 10

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE
### UNABRIDGED

*A Merriam-Webster*
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF


RECEIVED JAN 24 2012 SIDLEY AUSTIN LLP CHICAGO LIBRARY



MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.

Case 2:11-cv-00054-MHS-CMC   Document 285-1   Filed 11/26/13   Page 3 of 4 PageID #: 21841



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
  unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove
  and the Merriam-Webster editorial staff.
      p.    cm.
   ISBN 0-87779-201-1 (blue sturdite).—ISBN 0-87779-202-X
(carrying case).—ISBN 0-87779-206-2 (imperial buckram).
   1. English language—Dictionaries.  I. Gove, Philip Babcock,
1902–1972.   II. Merriam-Webster, Inc.
PE1625.W36
423-dc20

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

MADE IN THE UNITED STATES OF AMERICA

52535455QKY050403

**du·plic·i·ty** \d(y)ü′plisəd·ē, -ətē, -i\ *n* -ES [ME *duplicite*, fr. MF *duplicité*, fr. LL *duplicitat-, duplicitas*, fr. L *duplic-, duplex* + *-itat-, -itas* -ity] **1 : a** : doubleness of heart, thought, speech, or action : deception by pretending to entertain one set of feelings and acting under the influence of another : bad faith : DOUBLE-DEALING ⟨the simplicity and openness of their lives brought out for him the ~ that lay at the bottom of ours —Mary Austin⟩ **2** : the quality or state of being double or twofold ⟨these double stars . . . show a doubling of the spectral lines that must be caused by a ~ in the source of light —*New Internat'l Encyc.*⟩ **3 a** : the use of two or more distinct allegations or answers where one is sufficient : pleading double **b** : the union of two incompatible offenses in an indictment syn see DECEIT

**duplicity theory** or **duplicity principle** *n* : a theory in physiology: the normal retina in man and other vertebrates contains a dual receptor mechanism consisting of (1) organs of achromatic low-intensity vision and (2) organs of chromatic high-intensity vision — compare CONE, ROD; PHOTOPIA, SCOTOPIA

**du·ply** \dü′plī\ *n* -ES [ML *duplica*, fr. L *duplic-, duplex* double, twofold — more at DUPLEX] : a defendant's answer to a plaintiff's reply in Scots law

**du·pon·di·us** \d(y)ü′pändēəs\ *n, pl* **dupon·dii** \-ē,ī\ [L, fr. *duo* two + *-pondius* (fr. *pondus*, a weight) — more at POUND] : an ancient Roman bronze or under the Empire brass coin worth two asses

**dupper** *var of* DUBBER

**dup·py** \′dəpē\ *n* -ES [Bube *dupe* ghost] : a haunting spirit of the dead conceived in folklore of West Indian Negroes as a usu. malevolent shadow or immaterial body

**du·puy·tren's contracture** \dəˌpwēˈtraⁿz-, dəˈpwētrənz-\ *n, usu cap D* [after Guillaume *Dupuytren* †1835 Fr. surgeon and anatomist] : a condition marked by fibrosis with shortening and thickening of the palmar fascia resulting in flexion contracture of the fingers into the palm of the hand

**dur** \′dü(ə)r\ *adj* [G, fr. MHG *bedûre*, fr. ML *b durum* b natural, fr. L *b + durum*, neut. of *durus* hard — more at DURE] *music* : MAJOR ⟨C ~⟩

**¹du·ra** \′d(y)ùrə\ *n* -s [by shortening] : DURA MATER
**²dura** *var of* DURRA

**du·ra·bil·i·ty** \ˌd(y)ùrə′bilədē, -ətē, -i\ *n* -ES [ME *durabilite*, fr. MF *durabilité*, fr. LL *durabilitat-, durabilitas*, fr. L *durabilis* durable + *-itat-, -itas* -ity] : the quality or state of being durable

**du·ra·ble** \′d(y)ùrəbəl\ *adj* [ME, fr. MF, fr. L *durabilis*, fr. *durare* to last, endure + *-abilis* -able — more at DURE] : able to exist for a long time with retention of original qualities, abilities, or capabilities : LASTING, ENDURING, UNCHANGEABLE, STRONG ⟨traditional controversies between member nations . . . must be settled before there can be created the general goodwill that makes economic union ~ —Alan Valentine⟩ ⟨the ~ Michelangelo who lived to be 89 —*Time*⟩ ⟨the less ~ rocks were gradually worn away to form the valley⟩ ⟨the small body of ~ poetry written in our time —T.S.Eliot⟩ — compare PERDURABLE

**du·ra·ble·ness** *n* -ES : the quality or state of being durable : DURABILITY

**durables** *or* **durable goods** *n pl* : consumer goods or producer goods (as household appliances, automobiles, or machinery) whose usefulness continues for a number of years and is not consumed or destroyed in single usage — called also *hard goods*; sometimes used in sing. ⟨since television became a mass market *durable* —*Wall Street Jour.*⟩

**du·ra·bly** \-blē, -li\ *adv* : in a lasting manner : LASTINGLY, STRONGLY ⟨~ bound in buckram⟩

**du·rain** \′d(y)ùˌrān\ *n* -s [L *durus* hard + *-ain* (as in *fusain*)] : one of two dull constituents of banded bituminous coal forming lenses or layers and composed of finely comminuted woody debris only partly decomposed — compare CLARAIN, FUSAIN, VITRAIN

**¹du·ral** \′d(y)ùrəl\ *adj* [¹*dura* + *-al*] : of or relating to the dura mater
**²du·ral** \′d(y)ùˌral\ *n* : a Duralumin alloy

**Du·ral·u·min** \d(y)ə′ralyəmən, d(y)ù′-, ˌd(y)ùrə′lümən *sometimes* ˌd(y)ùrəˈlyü-\ *trademark* — used for an alloy consisting of 95.5 parts of aluminum to 3 parts of copper, 1 of manganese, and 0.5 of magnesium that after age-hardening is comparable in strength and hardness to soft steel

**du·ra ma·ter** \ˌd(y)ùrəˈmād·ə(r), -ür-, -māt|, -mät|, |tə-, -ˌ=ˈ=ˌ=\ *also* **dura** *n* -S [ME, fr. ML, lit., hard mother] : the tough fibrous membrane lined with endothelium on the inner surface that envelops the brain and spinal cord external to the arachnoid and pia mater, in the cranium closely lining the bone and not dipping down between the convolutions though certain large supporting folds (as the falx cerebri and tentorium cerebelli) are derived from it and containing numerous blood vessels and venous sinuses and in the spinal canal being separated from the bone by a considerable space and containing no venous sinuses

**du·ra·men** \d(y)ə′rāmən, -)ù′-\ *n* -S [NL, fr. L, hardness, fr. *durare* to harden, fr. *durus* hard — more at DURE] : HEARTWOOD

**du·rance** \′d(y)ùrən(t)s, -ür-\ *n* -S [MF, fr. *durer* to last, endure + *-ance* — more at DURE] **1 a** *obs* : CONTINUANCE, DURATION **b** *archaic* : DURABILITY **c** *archaic* : ENDURANCE **2** : restraint by or as if by imprisonment : CONFINEMENT, IMPRISONMENT ⟨he has not, certainly, been cramped . . . there has been no ~ within the four walls of the House of Commons —Max Beerbohm⟩ — often used in the phrase *durance vile* ⟨after ~ vile of ten days he was released —J.E.Davies⟩ **3** : an obsolete strong felted cloth of woolen or worsted usu. made in imitation of buff leather

**du·ran·gite** \d(y)ə′raŋˌgīt, -)ù′-\ *n* -S [*Durango*, state in Mexico + E *-ite*] : an orange-red mineral NaAlFAsO₄ consisting of a fluoride and arsenate of sodium and aluminum

**du·ran·go** \-ō(ˌ)gō\ *n* -S *often cap* [fr. *Durango*, Mexico] : CARTOUCHE 6

**du·ra·ni** \dü′rānē\ *n, pl* **durani** or **duranis** *usu cap* [Pashto] **1** : a people of mixed Semitic and Iranian stock that comprise the most dominant group of Afghans **2** : a member of the Durani people

**dur·ant** \′d(y)ùrənt\ *n* -S [by alter.] : DURANCE 3

**du·ran·ta** \d(y)ə′rantə, -)ù′-\ *n, cap* [NL, after C. *Durante* †1590 Ital. herbalist] : a genus of tropical American shrubs (family Verbenaceae) with long terminal racemes of small flowers

**du·ran·te** \-tē\ *prep* [L, abl. of *durant-, durans*, pres. part. of *durare* to last — more at DURE] *law* : DURING

**durante ab·sen·tia** \-(ˌ)ab′sench(ē)ə, -ˌəb-\ *adv* [L] : during absence

**durante be·ne·pla·ci·to** \-ˌbenə′pläsə,tō, -nē′-\ *adv* [L] : during the pleasure or at the discretion (as of a king) — usu. used of a tenure of office

**durante fu·ro·re** \-fyə′rōrē, -yü′-\ *adv* [L] : during madness

**durante mi·no·re ae·ta·te** \-məˈnōrēˌīˈtādē\ *adv* [L] : during minority

**durante vi·du·i·ta·te** \-ˌvijəwə′tādē\ *adv* [L] : during widowhood

**durante vi·ta** \-′vīdə; dü′rän,tä′wētä\ *adv* [L] : during life

**duras** *pl of* DURA

**du·ra·tion** \d(y)ə′rāshən, -)ù′-\ *n* -S [ML *duration-, duratio*, fr. L *duratus* (past part. of *durare* to last) + *-ion-, -io* -ion — more at DURE] **1** : the quality or state of lasting for a period of time : continuation in time or existence : LASTINGNESS ⟨a play of short ~⟩ **2** : a portion of time which is measurable or during which something exists, lasts, or is in progress ⟨gave up all worries for the ~ of the holiday⟩ ⟨the ~ of a meal⟩ ⟨the ~ of life⟩ ⟨the ~ of the world⟩ ⟨the ~ of the play⟩; *specif* : the period of time during which something that almost totally obstructs or prevents normal activities (as a war) or that engages virtually all one's efforts or attention is in progress — used with *the* ⟨universities had to be persuaded to scrap their scientific and educational responsibilities for the ~ and take on war work —J.B.Conant⟩ ⟨once you were in the theater, and the lights were dimmed, you were there for the ~ —Burns Mantle⟩ **3** *obs* : durableness or endurance in use — **du·ra·tion·al** \-shən'l, -shnəl\ *adj* — **du·ra·tion·al·ly** \-ē\ *adv*

**¹du·ra·tive** \′d(y)ùrəd·iv\ *sometimes* d(y)ə′rād- *or* -)ù′-\ *adj*

[ISV *durat-* (fr. L *duratus*, past part. of *durare* to last) + *-ive*] **1 a** : not completed : CONTINUING **b** : implying duration of continuance ⟨a ~ prefix⟩ **2** : IMPERFECTIVE

**²durative** \″\ *n* -S [ISV, fr. *durative*, adj.] **1** : CONTINUANT **a** **2** : the durative aspect in a language : a durative verb form

**dur·azol blue 8G** \′d(y)ùrəˌzòl-, -zōl-\ *n, usu cap D&B* [origin unknown] : a direct dye — see DYE table I (under *Direct Blue* 86)

**dur·ban** \′dürbən\ *n* : DURBEN OIRAT
**²durban** \′dərbən\ *adj, usu cap* [fr. *Durban*, Union of So. Africa] : of or from the city of Durban, Union of So. Africa : characteristic of the city of Durban

**dur·bar** \′dər,bär, (ˌ)dər′b-\ *n* -S [Hindi *darbār*, fr. Per, fr. *dar* door + *bār* door, admission, audience] **1 a** : court held by a native Indian prince **b** : a festive reception given by a maharajah for his subjects at which they pledge their fealty to him **c** : a formal reception of native Indian princes given by the British governor-general **2** *India* : an audience hall **3** : the governing body of a native Indian state; *also* : a member of such a body

**dur·ben oi·rat** \ˌdürbən′òirət\, *n, pl* **durben oirat** or **durben oirats** *usu cap D&O* : a Mongol people found in the western part of the Mongolian plateau and in the lake region of Tsinghai province in China

**durch·kom·po·niert** \′dùrkˌkömpō′nirt\ *adj* [G, fr. past part. of *durchkomponieren* to create through-composed music, fr. *durch* through (fr. OHG *duruh*) + *komponieren* to compose, fr. L *componere* — more at THROUGH, COMPOSE] : THROUGH-COMPOSED

**¹dur·dum** \″dərdəm\ *var of* DIRDUM
**²dure** \′d(y)ù(ə)r\ *vb* -ED/-ING/-S [ME *duren*, fr. OF *durer*, fr. L *durare* to last, endure, prob. fr. *durare* to harden, fr. *durus* hard] *vi, archaic* : ENDURE ~ *vt, obs* : SUSTAIN, ENDURE
**²dure** \″\ *adj* [ME, fr. MF *dur*, fr. L *durus* hard, rough; perh. akin to Skt *dāruna* hard, rough, *dāru* wood — more at TREE] *archaic* : HARD, SEVERE ⟨the winter is severe, and life is ~, and rude —W.H.Russell⟩

**du·rene** \′d(y)ùˌrēn\ *n* -S [ISV *dur-* (fr. L *durus* hard) + *-ene*] : a colorless crystalline hydrocarbon C₆H₂(CH₃)₄ having an odor like camphor and occurring in coal tar and in petroleum; specif : 1,2,4,5-tetramethyl-benzene

**dü·rer·esque** *or* **du·rer·esque** \ˌd(y)ùrə′resk, ′dÜrə-, -′\ *adj, usu cap* [Albrecht *Dürer* †1528 German painter and engraver + E *-esque*] : resembling in style or manner the work of the artist Dürer noted for his accurate and delicate drawing and his delineation of character esp. in his engravings which are characterized by profuse and literal detail

**du·ress** \d(y)ə′res, -)ù′- *sometimes* ′d(y)ù,res *or* )ù,′-\ *n* -ES [ME *duresse* hardness, severity, oppression, restraint, confinement, fr. MF *duresce, durece* hardness, hardheartedness, fr. L *duritia*, fr. *durus* hard — more at DURE] **1** : restraint or check by force (as arrest or imprisonment) : DURANCE ⟨while the German army was still held in ~ by the Versailles treaty —S.L.A.Marshall⟩ **2** : stringent compulsion by threat of danger, hardship, or retribution : distress arising from such compulsion : COERCION ⟨a population working under the ~ of dictatorship —*Science*⟩ ⟨ordinary clergymen subscribe them under ~ because they cannot otherwise obtain ordination —G.B.Shaw⟩ **3** : compulsion or constraint by which a person is illegally forced to do or forbear some act by actual imprisonment or physical violence to the person or by threat of such violence, the violence or threat being such as to inspire a person of ordinary firmness with fear of serious injury to the person (as loss of liberty or of life or limb), reputation, or fortune syn see FORCE

**du·rez·za** \dü′retsə\ *n* -S [It, lit., hardness, fr. L *duritia*] *music* : HARSHNESS

**dur·fee grass** \′dərfē,-\ *n* [origin unknown] : COUCH GRASS 1a
**dur·gan** *or* **dur·gen** \′dərgən\ *n* -S [perh. fr. ME *dwerg* dwarf — more at DWARF] *dial Eng* : an undersized person or animal
**¹dur·ham** \′dər·əm, ′də·rəm, ′dùrəm\ *adj, usu cap* [fr. *Durham* county, England] : of or from the county of Durham, England : of the kind or style prevalent in Durham
**²durham** \″\ *n* -s *usu cap* : SHORTHORN

**durham boat** *n, usu cap D* [after Robert *Durham*, 18th cent. Am. boat builder] : a long narrow flat-bottomed boat used to transport freight on the rivers of No. America in the 18th and early 19th centuries

**du·ri·an** \′dùrēən, ′dùrē|än\ *also* **du·ri·on** \′dùrēən\ *n* -S [Malay *durian*, fr. *duri* thorn] **1** : the large oval or globose fruit of a tree (*Durio zibethinus*) of the East Indian islands having a hard prickly rind, a soft cream-colored pulp, a most delicious flavor, an offensive odor, and seeds that are roasted and eaten like chestnuts **2** : the tree that bears durians

**du·ri·crust** \′d(y)ùrəˌkrəst\ *n* [L *durus* hard + E *-i-* + *crust* — more at DURE] : a hard crust formed at or near the surface of the ground as a result of the upward migration and evaporation of mineral-bearing ground water — compare CALICHE

**¹dur·ing** \′d(y)ùriŋ, -ür-, -rēŋ\ *prep* [ME, fr. pres. part. of *duren* to last — more at DURE] **1** : throughout the continuance or course of ⟨no attainder of treason shall work corruption of blood or forfeiture except ~ the life of the person attainted —*U.S.Constitution*⟩ **2** : at some point in the course of ⟨been away for a couple of weeks ~ the summer —J.M.Barzun⟩
**²during** \″\ *adj* [ME, fr. pres. part. of *duren* to last] *archaic* : ENDURING, LASTING

**du·rio** \′d(y)ùrē,ō\ *n* [NL, fr. Malay *durian*] **1** *cap* : a small genus of tall Asiatic and Indian trees (family Bombacaceae) with tapering leaves and small greenish flowers **2** -S : any tree of the genus *Durio*

**durity** *n* -ES [L *duritas*, fr. *durus* hard + *-itas* -ity — more at DURE] *obs* : HARDNESS

**durk** \′dərk\ *Scot var of* DIRK

**durk·hei·mi·an** \(′)dür′kemēən, -kām-,-kīm-\ *adj, usu cap* [Émile *Durkheim* †1917 Fr. sociologist + E *-ian*] : of or relating to Émile Durkheim or his sociological theory esp. that social science must be made an objective statistical study

**dur·mast** \′dərˌmast\ *also* **durmast oak** *n* [perh. alter. of *dun mast*, fr. *¹dun + mast* (acorns)] : a European oak (*Quercus sessiliflora* or *Q. petraea*) that is valued esp. for its dark heavy tough elastic wood

**¹durn** \′dərn\ *n* -S [ME *dyrne*, of Scand origin; akin to OSw *dyrni* doorpost, Norw *dyrn*; akin to ON *dyrr* door — more at DOOR] **1** *dial Eng* : GATEPOST, DOORPOST **2** *dial Eng* : the wooden framework of a door — usu. used in pl.
**²durn** *var of* DARN

**durned** *var of* DARNED

**du·ro** \′dü(ˌ)rō\ *n* -S [Sp, short for *peso duro*, lit., hard peso] : a Spanish or Spanish American peso or silver dollar

**du·roc** \′d(y)ùˌräk, -ü,-\ *n* [after *Duroc*, 19th cent. Am. stallion living on the farm where the Duroc breed of swine was developed] **1** *usu cap* : a breed of large vigorous red lard-type hogs of American origin **2** -S *often cap* : any animal of the Duroc breed

**duroc-jersey** \′≈,≈′≈≈\ *n, usu cap D&J* : DUROC

**du·rom·e·ter** \d(y)ə′rämədˈər(-)ē\ *n* [ISV *duro-* (fr. L *durus* hard) + *-meter* — more at DURE] : an instrument for measuring hardness that consists essentially of a small drill or blunt indenter point working under pressure (as that exerted by a spring)

**du·roy** \d(y)ə′ròi\ *n* -S [origin unknown] : a coarse woolen cloth made in England in the 18th century and used chiefly for men's wear

**dur·ra** *also* **du·ra** *or* **dhur·ra** *or* **doo·ra** *or* **dou·ra** *or* **dou·rah** \′dùrə\ *n* -S [Ar *dhurah*] : any of several grain sorghums that are of medium size with dry pithy stalks and narrow leaves and are widely grown in warm dry parts of southern Asia and northern Africa and to a limited extent in the southwestern U.S. — called also *guinea corn, Indian millet*

**durrin** *var of* DHURRIN
**durst** *archaic & dial past of* DARE
**durnkul** *var of* DOUROUCOULI

**du·rum wheat** \′d(y)ürəm-, -)ər|\ *also* **durum** *n* -S [NL *durum* (specific epithet of *Triticum durum*), fr. L, neut. of *durus* hard — more at DURE] : a wheat (*Triticum durum*) that occurs in several cultivated varieties, is grown esp. in southern Russia, No. Africa, and north central No. America as a spring wheat, has slender hard compact spikes with spikelets containing two to four very hard translucent white or red kernels,

and yields a flour which is high in gluten-producing proteins and is chiefly used in making semolina, macaroni, and spaghetti

**dur·wan** \də(r)′wän, -wòn\ *n* -s [Per *darwān*, fr. *dar* door (fr. MPer, fr. OPer *duvar-*) + Per *-wān* keeping, guarding, fr. MPer *-pān*; akin to Skt *dvār* door — more at DOOR] *India* : PORTER, DOORKEEPER

**dur·yl** \′d(y)ùrəl\ *n* -S [ISV *durene* + *-yl*] : a univalent radical C₆H(CH₃)₄ derived from durene; 2,3,5,6-tetramethyl-phenyl

**dur·za·da** \də(r)′zädə\ *n, pl* **durzada** or **durzadas** *usu cap* **1** : a Persian people extending throughout Makran and similar to the Dehwar **2** : a member of the Durzada people

**dur·zee** \dər′zē, ′=,≈\ *var of* DARZI

**¹dusk** \′dəsk\ *adj* [ME *dosk, duske*, alter. of OE *dox*; akin to OE *dunn* dun, OHG *tusin* yellow, OS *dosan* chestnut brown, ON *dunna*, a kind of duck, MIr *doun* dark, L *fuscus* dark brown, blackish, Skt *dhūsara* dust colored, L *fumus* smoke — more at FUME] : DUSKY ⟨the dim, ~ yard —Thomas Williams⟩ ⟨~ faces with white silken turbants wreathed —John Milton⟩ ⟨called the children in when it grew ~⟩ syn see DARK

**²dusk** \″\ *vb* -ED/-ING/-s [ME *dosken, dusken*, fr. *dosk, duske*, n.] *vi* : to become dusky or dark ⟨in the ~-ing room —Walter Karig⟩ ~ *vt* **1** : to make dark or dim ⟨a gray light ~*ed* the room —William Sansom⟩ **2** : to darken in mood or spirit : cast gloom upon ⟨his national formality ~*ed* by the saturnine mood of ill health —Herman Melville⟩

**³dusk** \″\ *n* -S [¹*dusk*] **1** : the darker part of twilight or of dawn **2 a** : darkness or semidarkness caused by the shutting out of light ⟨the cool ~ of ancient tombs⟩ ⟨the ~ of the great forest⟩ **b** : the condition of being dark or darkish in color ⟨ivory skin framed in the silken ~ of her tresses —Kay Rogers⟩ **3 a** : a variable color averaging a bluish gray that is redder and deeper than clair de lune, redder, lighter, and stronger than Medici blue, and redder and deeper than puritan gray **b** : a dark purplish gray that is bluer and duller than slate, redder, lighter, and slightly stronger than charcoal, and bluer and darker than pigeon

**dusk blue** *n* : a pale purplish blue to pale violet that is darker than average twilight blue

**dusk dark** *also* **dusky dark** *n, chiefly South & Midland* : TWILIGHT

**dusk·i·ly** \′dəskəlē, -li\ *adv* : in a dusky manner : OBSCURELY

**dusk·i·ness** \-kēnəs, -kin-\ *n* -ES : the quality or state of being dusky

**dusk·ish** \-kish\ *adj* : rather dark or black : partially obscured — **dusk·ish·ly** *adv* — **dusk·ish·ness** *n* -ES

**dusk·ly** \-klē, -li\ *adv* [¹*dusk* + -*ly*] : DUSKILY

**dusk·ness** \-knəs\ *n* -ES : DUSKINESS

**¹dusky** \′dəskē, -ki\ *adj* -ER/-EST [¹*dusk + -y*] **1** : somewhat dark in color : of low lightness : BLACKISH ⟨a ~ brown⟩ ⟨a ~ blush rose to her cheek —Edith Wharton⟩; *specif* : having dark skin — used of a colored person **2** : characterized by slight or deficient light : somewhat dark : DIM ⟨the room was already ~ . . . and one of the boys switched on the light —Willa Cather⟩ ⟨in that ~ firelight —Ellen Glasgow⟩ **3** : GLOOMY, DEPRESSING ⟨a ~ frown settled on his face⟩ **4** : not clear : partially hidden : OBSCURE ⟨through all the winding corridors of literary history to the ~ regions of folklore —Newton Arvin⟩ ⟨the records of his life . . . are ~ and brief —Carl Van Doren⟩ syn see DARK

**²dusky** \″\ *n* -ES : a dusky color ⟨a white bird barred with ~⟩

**dusky duck** *n* : BLACK DUCK **a**

**dusky-footed rat** \′≈,≈≈-\ *n* : an Australian water rat (*Rattus lutreolus*)

**dusky grouse** *n* : a large grouse (*Dendragapus obscurus*) of the mountains of the western U.S.

**dusky salamander** *n* **1** : a dark color phase of the red-backed



a dusky salamander 2

salamander **2** : any of several common No. American plethodontid salamanders (genus *Desmognathus*) typically mottled or marked with dull browns or grayish black

**dusky shark** *n* : a shark (*Carcharias obscurus*) of the No. Atlantic similar to the cub shark but darker

**dusky wing** *n* : any of numerous skipper butterflies (genus *Erynnis*) having dark wings with inconspicuous patterns — compare SKIPPER

**düs·sel·dorf** *or* **dues·sel·dorf** *or* **dus·sel·dorf** \′düsəl,dòrf, ′dyü-, G ′dües-\ *adj, usu cap* [fr. *Düsseldorf*, Germany] : of or from the city of Düsseldorf, Germany : of the kind or style prevalent in Düsseldorf

**dussorain** *usu cap, var of* DASEHRA

**dus·sert·ite** \′dəsə(r),tīt\ *n* -S [F, fr. D. *Dussert*, 20th cent. Fr. mining engineer + F *-ite*] : a mineral BaFe₃(AsO₄)₂(OH)₅·H₂O consisting of hydrous basic arsenate of barium and iron

**dus·su·mie·ri·i·dae** \ˌdəsəmə′rīə,dē\ *n pl, cap* [NL, fr. *Dussumieria*, type genus (fr. the name *Dussumier* + NL *-ia*) + *-idae*] : a family of marine fishes (order Isospondyli) comprising the round herrings — see ETRUMEUS

**¹dust** \′dəst\ *n* -S *often attrib* [ME, fr. OE *dūst*; akin to OHG *tunst, tunist* storm, breath, Dan *dyst* flour dust, Norw *dysja* to drizzle, L *furere* to rage, Gk *thyein* to rage, seethe, sacrifice, *thymos* breath, life, spirit, soul, Lith *dvasas* spirit, breath, Skt *dhvaṁsati* he perishes, falls to dust, L *fumus* smoke — more at FUME] **1** : fine dry pulverized particles of earth or other matter : something reduced to minute portions : fine powder ⟨the floors were deep in the ~ of spring sandstorms —Willa Cather⟩ ⟨a huge cloud of snow spray and snow —Carl Jonas⟩: as **a** : VOLCANIC DUST **b** : meteoric dust **c** : GOLD DUST **d** : finely divided or ground food (asparagus, dipped in egg and cracker ~ —H.H.Huff) **e** : a material (as an insecticide or fungicide) used in a dry form resembling dust to control pests **2 a** : the particles into which a thing disintegrates : the earthy remains of a body (as a human corpse) once alive ⟨the repository of the ~ of many of those illustrious men —C.B.Fairbanks⟩ **b** : something that is left after the substance of a thing is gone ⟨stirring up the ~ of history —Richard Joseph⟩ **c** : something that beclouds or dulls ⟨yes, I know, . . . though he tried to throw ~ in my eyes —Kathleen Freeman⟩ ⟨society can do something for itself . . . by blowing out of the museums and galleries the ~ of erudition and the stale incense of hero worship —Clive Bell⟩ **3** : the mortal body of a human being ⟨the troubles of our proud and angry ~ are from eternity, and shall not fail —A.E.Housman⟩ **4 a** : something worthless ⟨vile gold, dross, ~ —Shak.⟩ **b** : a state of humiliation ⟨her spirit is contrite to the ~ —Eden Phillpotts⟩ **5 a** : the earth esp. as a place of burial (for now shall I sleep in the ~ — Job 7:21 (AV)⟩ **b** : the surface of the ground ⟨he railed at me and made to fight me, I took off my hat, and there I laid him in the ~ —Gilbert Parker⟩ — compare *bite the dust* at ¹BITE **6** *archaic* : MONEY **7** : a small quantity (as of a fine or powdered substance) ⟨add a ~ of flour⟩ ⟨a cherry sundae with a ~ of nuts over the top —Hugh MacLennan⟩ **8** : a cloud of dust ⟨the wagon, with a thin ~-rising from the hooves, went on into the lazy afternoon —H.V.Morton⟩ **b** : CONFUSION, DISTURBANCE ⟨let us kick up what ~ we will over "Imperial ideals" —A.T.Quiller-Couch⟩ **c** : DUSTUP **9** *now dial* : a single particle (as of earth) ⟨to touch a ~ of England's ground —Shak.⟩ **10** *Brit* : sweepings or other refuse ready for collection **11** : a light olive brown that is lighter than drab, paler than sponge, and paler and slightly redder than average mustard tan — called also *antelope* **12** *slang Austral* : FLOUR — **in dust and ashes 1** : with dust and ashes put on the head as a sign of grief or humiliation **2** : with repentance and sorrow — **in sackcloth and ashes**

**²dust** \″\ *vb* -ED/-ING/-S [ME *dustyn*, fr. *dust*, n.] *vt* **1 a** : to reduce to dust **b** : to reduce to a fine powder : LEVIGATE **2** *archaic* : to make dusty : soil with dust **3 a** : to make free of dust : brush, wipe, or sweep away dust from ⟨~ the table⟩ — often used with *off* **b** : to brush away like dust ⟨~ed the moths out of the furs —Meridel Le Sueur⟩ **c** : to prepare to use again : refurbish or renovate for use ⟨something that has