# EXHIBIT 11

21844

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE
## UNABRIDGED



REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF



RECEIVED
JAN 24 2012
SIDLEY AUSTIN LLP
CHICAGO LIBRARY

MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

Merriam-Webster™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
  unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove
  and the Merriam-Webster editorial staff.
      p.    cm.
    ISBN 0-87779-201-1 (blue sturdite).—ISBN 0-87779-202-X
  (carrying case).—ISBN 0-87779-206-2 (imperial buckram).
    1. English language—Dictionaries. I. Gove, Philip Babcock,
  1902–1972.  II. Merriam-Webster, Inc.
  PE1625.W36
  423-dc20

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

MADE IN THE UNITED STATES OF AMERICA

52535455QKY050403

**Column 1 (continued from previous page):**

position (as in congestive heart failure) — **or·thop·ne·ic** also **or·thop·noe·ic** \\,'\\ *adj*

**or·thop·o·da** \ȯ(r)'thäpədə\ *n pl* [NL, fr. *orth-* + *-poda*] *syn of* ORNITHISCHIA

**or·tho·praxy** \'ȯ(r)thə,praksē\ *n -ES* [*orth-* + Gk *praxis* doing, practice + *-E -y* (as in *orthodoxy*) — more at PRAXIS] : correctness of practice or a body of practices accepted or recognized as correct ⟨religious ∼⟩

**or·tho·psychiatric** also **or·tho·psychiatrical** \'ȯ(r)thō+\ *adj* : of or relating to orthopsychiatry

**or·tho·psychiatrist** \"+\ *n* : a specialist in orthopsychiatry

**or·tho·psychiatry** \"+\ *n* [*orth-* + *psychiatry*] : prophylactic psychiatry concerned esp. with incipient mental and behavioral disorders in childhood and youth — compare MENTAL HYGIENE

**or·thop·ter** \(')ȯ(r)'thäptə(r)\ *n -S* [F *orthoptère*, fr. *orth-* + *-ptère* (as in *hélicoptère* helicopter) — more at HELICOPTER] **1** : a flying machine propelled by flapping of wings **2** : a mechanical bird **2** [F *orthoptère*, fr. NL *Orthoptera*] : ORTHOPTERON

**or·thop·tera** \ȯ(r)'thäptərə\ *n pl, cap* [NL, fr. *orth-* + *-ptera*; fr. the straight and narrow wings] : an order of Insecta comprising insects with mouthparts fitted for chewing, two pairs of wings or none, and an incomplete metamorphosis: **a** *in some esp. former classifications* : a very large order including the cockroaches, mantises, grasshoppers and crickets, stick insects, and certain related forms and sometimes also the earwigs **b** : an order including the mantises, grasshoppers and crickets, stick insects, and certain related forms and comprising the suborders Manteodea, Grylloblattodea, Saltatoria, and Phasmatodea **c** *in some classifications* : an order coextensive with Saltatoria

**or·thop·ter·al** \(')-t'ərəl\ *or* **or·thop·ter·an** \-rən\ *or* **or·thop·ter·ous** \-rəs\ *adj* : of or relating to the Orthoptera

**orthopteran** \"\ *n -S* [NL *Orthoptera* + E *-an*] : ORTHOPTERON

**or·thop·ter·ist** \'-tərəst\ *n -S* [NL *Orthoptera* + E *-ist*] : ORTHOPTEROLOGIST

¹**or·thop·ter·oid** \'-tə,rȯid\ *adj* [NL *Orthoptera* + *-oid*] **1** : resembling or related to the Orthoptera **2** [NL *Orthopteroidea*] : of or relating to the Orthopteroidea

²**orthopteroid** \"\ *n -S* : an orthopteroid insect

**or·thop·ter·oi·dea** \(,)ȯ,täp·tə'rȯidēə\ *n pl, cap* [NL, fr. *Orthoptera* + *-oidea*] *in some classifications* : a superorder or other division of Insecta that includes Orthoptera together with various other groups (as Phasmatodea, Dermaptera, and Diploglossata)

**or·thop·ter·o·log·i·cal** \(,)ȯ,-t'ərə;läjəkəl\ *adj* [*orthopterology* + *-ical*] : of or relating to orthopterology

**or·thop·ter·ol·o·gist** \(,)",ə''räləjəst\ *n -S* : a specialist in orthopterology

**or·thop·ter·ol·o·gy** \-jē\ *n -ES* [NL *Orthoptera* + E *-logy*] **1** : the study of the Orthoptera **2** : a treatise on the Orthoptera

**or·thop·ter·on** \'-tərən, -rän\ *n, pl* **orthoptera** \-rə\ [NL, sing. of *Orthoptera*] : an insect of the order Orthoptera

**or·thop·tic** \(')-'thäptik\ *adj* [ISV *orth-* + *optic*] : of or relating to orthoptics

**or·thop·tics** \-tiks\ *n pl but sing or pl in constr* [*orthoptic* + *-s*] : the treatment or the art of treating defective visual habits, defects of binocular vision, and muscle imbalance (as strabismus) by reeducation of visual habits, exercise, and visual training

**or·thop·tist** \(')-'ət\ *n -S* [*orthoptics* + *-ist*] : a person who is trained in or practices orthoptics

**or·tho·quartzite** \ȯ(r)thō+\ *n* [*orth-* + *quartzite*] : a quartzite of sedimentary origin

**or·tho·quinone** \"+\ *n* [*orth-* + *quinone*] **1** : QUINONE 1b **2** : the ortho isomer of a quinone

**or·thor·ha·pha** \ȯ'thȯrəfə\ *syn of* ORTHORRHAPHA

**or·tho·rhombic** \ȯ(r)thə+\ *adj* [ISV *orth-* + *rhombic*] : of, relating to, or characterized by the orthorhombic system of crystallization : RHOMBIC, PRISMATIC, TRIMETRIC

**orthorhombic system** *n* : a crystal system characterized by three unequal axes at right angles — see CRYSTAL SYSTEM illustration

**or·thor·rha·pha** \ȯ(r)'thȯrəfə\ *n pl, cap* [NL, fr. *orth-* + *-rrhapha* (fr. Gk *rhaphē* seam, fr. *rhaptein* to sew together) — more at WRAP] : a large suborder of Diptera that usu. includes the Nematocera and many of the Brachycera but is sometimes restricted to the more primitive families of Brachycera and that is distinguished by a pupal case opening by a T-shaped cleft behind the head or by a transverse slit between the seventh and eighth abdominal segments — **or·thor·rha·phous** \(')-ə'rəfəs\ *adj*

**or·tho·scope** \'ȯ(r)thə,skōp\ *n -S* [ISV *orth-* + *-scope*; prob. orig. formed as G *orthoskop*] : an instrument for examining the superficial parts of the eye through a layer of water which neutralizes the corneal refraction

**or·tho·scop·ic** \,ȯ(r)thə'skäpik\ *adj* [ISV *orth-* + *-scopic*] : giving an image in correct and normal proportions : giving a flat field of view

**or·tho·se·lec·tion** \,ȯ(r)thə+\ *n* [*orth-* + *selection*] : natural selection promoting the progress and continuance of an adaptive trend in biological evolution and thus simulating orthogenesis — **or·tho·selective** \"+\ *adj*

**or·tho·silicate** \,ȯ(r)thō+\ *n* [ISV *orth-* + *silicate*] : a silicate containing the group $SiO_4$ in which the ratio of silicon to oxygen is 1 to 4 : a salt or ester (as ethyl silicate) of orthosilicic acid : NESOSILICATE

**or·tho·silicic acid** \"+...-\ *n* [*orthosilicic* ISV *orth-* + *silicic*] : a weak acid $H_4SiO_4$ or $Si(OH)_4$ known only in solution and in the form of salts or esters

**or·tho·sis** \ȯ(r)'thōsəs\ *n, pl* **ortho·ses** \-ō,sēz\ [NL, fr. Gk *orthōsis* straightening, fr. *orthoun* to straighten, fr. *orthos* straight — more at ORTH-] : corrective treatment of maladjusted or neurotic individuals

**or·tho·site** \'ȯ(r)thə,sīt\ *n -S* [F, fr. *orthose* orthoclase (fr. *orth-* + *-ose*) + *-ite*] : a granular igneous rock composed essentially of orthoclase

**or·tho·somatic** \,ȯ(r)thō(,)+\ *adj* [*orth-* + *somatic*] : having the body straight ⟨∼ insect larvae⟩

**or·tho·static** \,ȯ(r)thə+\ *adj* [ISV *orth-* + *-static* (fr. Gk *statos* — verbal of *histanai* to cause to stand — + *-ikos* *-ic*) — more at STAND] : of, relating to, or caused by erect posture

**orthostatic albuminuria** *n* : albuminuria that occurs only when a person is in an upright position and disappears when he lies down for a short time

**or·tho·stereoscope** \"+\ *n* [*orth-* + *stereoscope*] : a stereoscopic binocular microscope that presents erect images in true perspective — **or·tho·stereoscopic** \"+\ *adj*

**or·tho·stereoscopy** \,ȯ(r)(,)thō+\ *n* [*orth-* + *stereoscopy*] : a process of stereoscopic photography for producing a three-dimensional visual image that is a full-sized true-to-scale reproduction of the original object in all three dimensions and that appears at the same distance from the eye as the object

**or·tho·stichous** \(')ȯ(r)'thästəkəs\ *adj* [*orthostichy* + *-ous*] : arranged in vertical ranks

**or·tho·sti·chy** \'-,əkē\ *n -ES* [ISV *orth-* + Gk *stichos* row + ISV *-y* — more at STICH] : a hypothetical line passing through the bases of leaves or scales situated directly above one another on an axis; *also* : the arrangement of leaves or scales in such lines — compare PARASTICHY, PHYLLOTAXY

¹**or·tho·style** \'ȯ(r)thə+,\ *n* [*orth-* + *-style* (as in *peristyle*)] : an arrangement of architectural columns in a straight row

²**orthostyle** \"\ *adj* : of or relating to an orthostyle

**or·tho·symmetric** *or* **or·tho·symmetrical** \,ȯ(r)(,)thō+\ *adj* [*orth-* + *symmetric, symmetrical*] : ORTHORHOMBIC

**or·tho·telluric acid** \"+...-\ *n* [*orth-* + *telluric acid*] : TELLURIC ACID a

**or·tho·tolidine** \"+...-\ *n* : TOLIDINE a — written systematically with ital. *ortho-* or *o-*

**or·tho·tone** \'ȯ(r)thə,tōn\ *adj* [Gk *orthotonos* with the unmodified accent, fr. *ortho-* *orth-* + *tonos* accent, tone — more at TONE] : having or retaining an independent accent : not enclitic or proclitic — used esp. of some indefinite Greek pronouns and adverbs when used interrogatively

**or·thot·o·nus** \ȯ(r)'thät'nəs\ *n -ES* [NL, fr. *orth-* + L *tonus* tension, tone — more at TONE] : tetanic spasm characterized by rigid straightness of the body

**or·tho·top·ic** \,ȯ(r)thə'täpik\ *adj* [*orth-* + *heterotopic*] : of or relating to the grafting of tissue in a natural position ⟨∼ transplant⟩ — compare HETEROTOPIA

**or·tho·triaene** \,ȯ(r)thō+\ *n* [*orth-* + *triaene*] : a tetraradiate sponge spicule having one long and three short rays

**or·tho·trop·ic** \,ȯ(r)thə'träpik\ *adj* [*orth-* + *-tropic*] : having the longer axis more or less vertical — compare PLAGIOTROPIC — **or·tho·trop·i·cal·ly** \-pək(ə)lē\ *adv*

**or·tho·tro·pism** \ȯ(r)'thä·trə,pizəm\ *n* [*orth-* + *tropism*] : the tendency of a plant to have the longer axis more or less vertical

**or·thot·ro·pous** \(')ȯ(r)'thät·rəpəs\ *adj* [ISV *orth-* + *-tropous*] : having the ovule straight and flat so that the chalaza, hilum, and micropyle are in the same axial line — compare AMPHITROPOUS, ANATROPOUS, CAMPYLOTROPOUS

**or·tho·type** \'ȯ(r)thə,tīp\ *n* [*orth-* + *type*] : a genotype designated as such in the first publication of a generic name — **or·tho·typ·ic** \,"',tipik\ *adj*

**or·tho·xylene** \,ȯ(r)thō+\ *n* [*orth-* + *xylene*] : XYLENE 1a — written systematically with ital. *ortho-* or *o-*

**or·thros** \'ȯr,thrȯs\ *or* **or·thron** \-thrȯn\ *n, pl* **orthroses** *or* **orthrons** *often cap* [*orthros* fr. LGk, fr. Gk; dawn, sunrise; *orthron* fr. MGk *or* NGk, alter. of LGk *orthros*; akin to Gk *orthos* straight, upright — more at ORTH-] : the morning office in the Eastern Orthodox Church somewhat corresponding to the Latin lauds

**orting** *pres part of* ORT

**or·to·lan** \'ȯ(r)d·l'ən\ *n -S* [F *or* It; F *ortolan*, fr. It *ortolano* ortolan, gardener, fr. L *hortulanus* gardener, fr. *hortulus* small garden (dim. of *hortus* garden) + *-anus -an* — more at YARD] **1** : a European bunting (*Emberiza hortulana*) that is about six inches long, has a greenish gray head, brown and black wings and back, yellowish breast, and buff abdomen, and is commonly netted and fattened for a table delicacy **2 a** *Brit* : WHEATEAR **b** : SORA **c** : BOBOLINK

**orts** *pl of* ORT, *pres part of* ORT

**ort·stein** \'ȯrt,stīn\ *n* [G, fr. *ort* site, place (fr. OHG, point) + *stein* stone (fr. OHG) — more at ODD, STONE] : HARDPAN

**or·tyg·an** \'ȯ(r)d·əgən\ *n -S* [Gk *ortyg-, ortyx* quail + E *-an*] : one of several East Indian birds of the genus *Turnix*

**or·ty·gian** \(')ȯ(r)'tij(ē)ən\ *adj, usu cap* [in sense 1, fr. *Ortygia* Delos, smallest island of the Cyclades, south Aegean Sea + E *-an*; in sense 2, fr. *Ortygia*, island near the southeastern coast of Sicily + E *-an*] **1** : of or relating to the Greek island of Delos held in antiquity to be the birthplace of Apollo and Artemis (*Ortygian Artemis*) **2** : of or relating to the Sicilian island of Ortygia on which modern Syracuse is built ⟨beneath the *Ortygian* shore —P.B.Shelley⟩

**o·ru·etan** \,ȯ(r)vē'ät'n\ *n -S* [F *orviétan*, fr. It *orvietano*, fr. *Orvieto*, city in central Italy where it was invented + *-ano -an* (fr. L *-anus*)] **1** : a counterpoison formerly in vogue

**ORW** *abbr* owner's risk of becoming wet

**o·ry** \'ō(ə)rē, 'ò(-, -ri\ *adj* [¹*ore* + *-y* (adj. suffix)] *archaic* : resembling or containing metallic ore

¹**-o·ry** \(ə)rē, -ri, ,ōr-\ *n suffix -ES* [ME *-orie*, fr. L *-orium*, fr. neut. of *-orius*, adj. suffix] : one that relates to or is used for: as **a** : place of or for ⟨*reformatory*⟩ ⟨*observatory*⟩ **b** : sometimes the place that serves for ⟨*crematory*⟩

²**-o·ry** \"\ *adj suffix* [ME *-orie, -oire*, fr. MF & L; MF *-orie -oire*, fr. OF, fr. L *-orius*] **1** : of, relating to, or characterized by ⟨*observatory*⟩ ⟨*gustatory*⟩ **2** : containing, involving, or conveying ⟨*amendatory*⟩ ⟨*compulsory*⟩ **3** : serving for, producing, or maintaining ⟨*classificatory*⟩ ⟨*equilibratory*⟩ ⟨*justificatory*⟩

**oryct-** *or* **orycto-** *comb form* [NL, fr. Gk *oryktos* formed by digging, dug, verbal of *orychein, oryssein* to dig — more at ROUGH] : fossil : mineral ⟨*oryctology*⟩ ⟨*oryctognosy*⟩

**oryc·to·lo·pus** \ə,rik'terəpəs, ,ȯr,i-\ *n, cap* [NL, fr. Gk *oryktēr* miner (fr. *oryssein, orychein* to dig) + NL *-pus*] : a genus ⟨coextensive with the family Orycteropodidae and sole recent representative of the order Tubulidentata⟩ that comprises the aardvarks

**oryc·tog·nos·tic** \ə,rikta(g)'nästik\ *also* **oryc·tog·nos·ti·cal** \-stikal\ *adj* ⟨*oryct-* + *-gnostic, -gnostical*⟩ : of or relating to oryctognosy — **oryc·tog·nos·ti·cal·ly** \-stək(ə)lē\ *adv*

**oryc·tog·no·sy** \ə,rik'tägnəsē, ,ȯr,i-\ *n -ES* [*oryct-* + *-gnosy*] : MINERALOGY

**oryc·to·la·gus** \-äləgəs\ *n, cap* [NL, fr. *oryct-* + Gk *lagōs* hare] : a genus comprising the common European rabbits

**oryc·to·log·ic** \ə',rikta;läjik\ *also* **oryc·to·log·i·cal** \-jəkal\ *adj* : of or relating to oryctology

**oryc·tol·o·gist** \-läjəst\ *n -S* : a specialist in oryctology

**oryc·tol·o·gy** \ə,rik'täləjē, ,ȯr,i-\ *n -ES* [prob. fr. (assumed) NL *oryctologia*, fr. Gk *oryktos* formed by digging, dug, verbal of *oryssein* to dig + NL *-logia -logy*] : MINERALOGY

**orys·si·dae** \ȯ'risə,dē\ [NL, fr. *Oryssus* (syn. of *Orussus*) (fr. Gk *oryssein*) + *-idae*] — more at ROUGH] *syn of* ORUSSIDAE

**oryx** \'ōriks, 'ȯr-, 'är-\ *n* [NL, fr. L, a gazelle, fr. Gk, pickax, leucoryx, fr. *oryssein*] **1** *cap* : a genus of large African antelopes having in both sexes long cylindrical nearly straight horns ribbed in their basal half and projecting backward in nearly exact continuation of the plane of the forehead and nose **2** *pl* **oryxes** *also* **oryx** : any antelope of the genus *Oryx*

**oryz-** *or* **oryzo-** *also* **oryzi-** *comb form* [NL, fr. L *oryza* rice, fr. Gk — more at RICE] : rice ⟨*oryzivorous*⟩ ⟨*Oryzomys*⟩

**ory·za** \ō'rizə\ *n, cap* [NL, fr. L, rice] : a small genus (family Gramineae) of tropical cereal grasses having perfect flowers with six stamens — see RICE

**ory·ze·nin** \-zənǝn\ *n -S* [*oryzen-* (irreg. fr. Gk *oryza* rice) + *-in*] : a glutelin found in the seeds of rice

**o·ry·ziv·o·rous** \,ȯrə'zivərəs\ *adj* [*oryz-* + *-vorous*; prob. orig. formed as F *orizivore*] : feeding on rice

**ory·zo·mys** \ō'rīzəməs\ *n, cap* [NL, fr. *oryz-* + *-mys*] : a genus of cricetid rodents including the rice rats

**ory·zop·sis** \,ȯrə'zäpsəs\ *n, cap* [NL, fr. *oryz-* + *-opsis*] : a genus of American tufted grasses with open panicles comprising of one-flowered spikelets remotely suggesting rice — see MOUNTAIN RICE, SILK GRASS

**os** \äs\ *n, pl* **ora** \'ōrə\ [L *or-, os* — more at ORAL] : MOUTH, ORIFICE

¹**os** \äs\ *n, pl* **os·sa** \-sə\ [L *oss-, os* — more at OSSEOUS] : BONE

²**os** \"\ *n, pl* **ora** \'ōrə\ [L *or-, os* — more at ORAL] : MOUTH, ORIFICE

³**os** *also* **ose** \'ōs\ *n, pl* **osar** \'ō,sär\ *also* **oses** [Sw *ås* mountain ridge, fr. ON *āss* — more at HUMERUS] : ESKER

**OS** \'ō'es\ *vt* **OSed; OSed; OSing; OSes** [abbr. of *order sheet* or *on sheet*] : to record the time of arrival and departure of (a train) by telegraphing the information prefixed by the signal OS and the office call (turned to the key to ∼ his first train out —*Trains*)

**OS** *abbr* **1** [L *oculus sinister*] left eye **2** off stage **3** old school **4** old series **5** old side **6** old style **7** one side **8** only son **9** on sale **10** on sample **11** on schedule **12** on sheet **13** on side **14** ordinary seaman **15** original series **16** out of stock **17** outside **18** outside sentinel **19** outsize **20** outstanding

**Os** *symbol* osmium

**o's** *or* **os** *pl of* o

**osage** \(')ōsāj\ *n, pl* **osage** *or* **osages** *usu cap* [Osage *Wazhazhe*] **1 a** (1) : a Siouan people of the Osage and Missouri river valleys, Missouri (2) : a member of such people **b** : the language of the Osage : OSAGE ORANGE

**osage orange** *n, usu cap 1st O* **1 a** *also* **osage apple** : an ornamental American tree (*Maclura pomifera*) of the family Moraceae having dark green glossy leaves, milky sap, hard bright orange-colored wood that yields a dye, and imperfect flowers **b** : the wood of the osage orange **c** : the yellowish green tubercled globular fruit of the osage orange tree consisting of the united fleshy calyxes of the pistillate flowers **2** *usu cap 1st O* & *often cap 2d O* : the yellow coloring matter that is extracted from the wood of the osage orange tree and is similar to old fustic — see DYE table I (under *Natural Yellow 8*)

**osa·gi·an** \-jēən\ *adj, usu cap* [*Osage* river, eastern Kansas and western and central Missouri + E *-an*] : of or relating to the division of the Mississippian geologic period between the Kinderhook and the Meramec — see GEOLOGIC TIME TABLE

**osa·ka** \ō'säkə\ *adj, usu cap* [fr. *Osaka*, city in west central*

Honshu, Japan] : of or from the city of Osaka, Japan ; of the kind or style prevailing in Osaka

**OS and D** *abbr* over, short, and damaged

**osa·zone** \'ōsə,zōn, 'äs-\ *n -S* [ISV ²*-ose* + *az-* + *-one*; prob. orig. formed as G *osazon*] : any of a class of basic compounds that contain two adjacent hydrazone groupings and are made from an alpha-diketone and hydrazine, an alkyl- or arylhydrazine, or from an alpha-hydroxy aldehyde or ketone (as glucose or benzoin) and an aryl-hydrazine; *esp* : PHENYLOSAZONE

**osc** *abbr* oscillate; oscillating; oscillator

**os cal·cis** \,'kalsəs\ *n, pl* **ossa calcis** [L, bone of the heel] : CALCANEUS

**os·can** \'äskən, 'ōs-\ *n -S cap* [L *Oscus* Oscan + E *-an*] **1** : one of a people of ancient Italy occupying Campania **2** : the language of the Oscan people and orig. of the Samnites preserved in inscriptions of various kinds written in an alphabet of Etruscan origin — compare SAMNITE, OSCO-UMBRIAN

¹**os·car** \\= \\ *n* [by rhyming slang fr. John S. H. *Oscar* Asche †1936 Australian actor] *Austral* : MONEY, CASH

²**oscar** \"\ *usu cap* [fr. the name *Oscar*] : a communications code word for the letter *o*

**Os·car** \'iskə(r), 'ȯs-\ *trademark* — used esp. for any of a number of golden statuettes awarded annually by a professional organization for notable achievement in motion pictures

**os·cil·late** \'äsə,lāt, *usu* -äd-+V\ *vb* -ED/-ING/-S [L *oscillare*, past part. of *oscillare* to swing, fr. *oscillum* swing] *vi* **1 a** : to swing backward and forward like a pendulum : move to and fro : VIBRATE ⟨the completed statue . . . was placed upon a turntable base that slowly ∼*s*, completing a 90-degree arc every hour —*Amer. Guide Series: Minn.*⟩ ⟨rocker arms on all other overhead valve engines ∼ on stationary tubular shafts —H.F.Blanchard & Ralph Ritchen⟩ **b** : to travel back and forth between two points ⟨he ∼*s* regularly between his comfortable home . . . and his downtown office-laboratory —Gladwin Hill⟩ **2 a** : to vary the state or condition : FLUCTUATE ⟨the snow line ∼*s* with the seasons, descending below ten thousand feet in winter —C.D.Forde⟩ ⟨diaries showing how he *oscillated* between wealth and poverty —E.V.Lucas⟩ **b** : to vary between opposing attitudes, beliefs, feelings, or theories : think or act in a fickle manner ⟨a SHILLY-SHALLY ⟨men have *oscillated* in their opinions —W.E.Swinton⟩ **3** : to vibrate or vary above and below a mean value ⟨bank rate oscillating between 2½ percent and 6½ percent —W.M.Dacey⟩ ⟨a polynomial which ∼*s* greatly between the observed values —J.G.Kemeny⟩ ∼ *vt* : to cause to oscillate ⟨∼ the crankshaft slightly to locate dead center —H.F.Blanchard & Ralph Ritchen⟩ *syn* see SWING

**oscillating current** *n* : electric current consisting of oscillations

**oscillating wave** *n* : GREGARIOUS WAVE

**os·cil·la·tion** \,äsə'lāshən\ *n -S* [L *oscillation-, oscillatio* action of swinging, fr. *oscillatus* (past part. of *oscillare* to swing) + *-ion-, -io -ion*] **1** : the action or fact of oscillating : a swinging or moving backward and forward like a pendulum : VIBRATION ⟨stays can be effectively used to prevent aerodynamic ∼*s* in new bridges —D.B.Steinman⟩ ⟨vibration in aircraft occurs principally as a result of ∼*s* from the motor and propeller —H.G.Armstrong⟩ ⟨a diatomic molecule . . . can absorb vibrational energy by ∼ of the atoms within the molecule —F.H.Getman⟩ **2 a** : a periodic variation or fluctuation between conditions ⟨famines due to excessive storminess and violent ∼*s* of rain and drought, heat and cold —Ellsworth Huntington⟩ ⟨major prosperities and depressions are not to be explained by the process and mechanism of business cycles ⟨endogenous ∼*s*⟩ —Clark Warburton⟩ ⟨men get tired of everything, of heaven no less than of hell; and that all history is nothing but a record of the ∼*s* of the world between these two extremes —G.B.Shaw⟩ **b** : the change back and forth between opposing beliefs, opinions, or theories : variation in attitudes, policies, principles, or purposes often for fickle reasons ⟨fruitless ∼ or the decision to make no decision will destroy his days —J.B.Conant⟩ ⟨a lover's instant ∼ from black to white, from hate to love —Clemence Dane⟩ **3** : a flow of electricity changing periodically from a maximum to a minimum or from positive to negative when an electrical system with capacitance and inductance is disturbed from equilibrium **4** : the variation of a mathematical function between limits; *specif* : the difference between the greatest and least values of a function **5 a** : a single swing from one extreme limit to the other of an oscillating body **b** : one of the periodic variations of an oscillating value (as the electron current in a radio tube) — compare HARMONIC OSCILLATION — **os·cil·la·tion·al** \,-'lāshən'l, -shnǝl\ *adj*

**oscillation circuit** *n* : a circuit designed to produce electric oscillations

**oscillation ripple** *or* **oscillation ripple mark** *n* : a symmetrical crest and broadly rounded trough formed by gregarious waves — compare CURRENT RIPPLE

**os·cil·la·tor** \'-ə,lād·ə(r), -ātə-\ *n -S* [NL, fr. L *oscillatus* (past part. of *oscillare*) + NL *-or*] : one that oscillates: as **a** : an instrument for measuring rigidity by the torsional oscillations of a weighted wire **b** : a device for producing electric oscillations; *specif* : a radio-frequency or audio-frequency generator esp. of a nonrotating type

**os·cil·la·to·ria** \,äsələ'tōrēə\ *n, cap* [NL, fr. fem. of *oscillatorius* oscillatory] : a genus of blue-green algae that is the type of the family Oscillatoriaceae

**os·cil·la·to·ri·a·ce·ae** \,===,tōrē'āsē,ē\ *n pl, cap* [NL, fr *Oscillatoria*, type genus + *-aceae*] : a family of blue-green algae (order Hormogonales) growing as slender filaments often in tangled masses in water or on damp rocks or soil, forming slimy layers on soil, commonly exhibiting oscillating movements, and reproducing only asexually by hormogonia — **os·cil·la·to·ri·a·ceous** \,===,'āshəs\ *adj*

**os·cil·la·to·ri·a·les** \,===,ā,(,)lēz\ [NL, fr. *Oscillatoria* + *-ales*] *syn of* HORMOGONALES

**os·cil·la·to·ry** \'äsələ,tōrē, -tȯr-, -ri\ *adj* [NL *oscillatorius*, fr. L *oscillatus* (past part. of *oscillare*) + *-orius -ory*] : characterized by oscillation : VIBRATORY

**oscillatory circuit** *n* : a circuit containing capacity and inductance such that a single voltage impulse would give rise to a damped alternating current

**oscillatory current** *n* : OSCILLATING CURRENT

**oscillatory discharge** *n* : an electric discharge in a circuit having sufficient capacitative reactance to result in damped alternating surges of electricity

**os·cil·lo·gram** \ə'silə,gram\ *n* [ISV *oscillo-* (fr. L *oscillare*) + *-gram*] : an autographic record made by an oscillograph or a record (as a photograph) of the display on an oscilloscope

**os·cil·lo·graph** \-,raf, -räf\ *n* [F *oscillographe*, fr. *oscillare* + *-graphe -graph*] : an instrument that produces in the form of a continuous curve a permanent record (as a graph or a photograph) of periodic or irregular variations in an electrical quantity (as voltage) and often indirectly in some related quantity (as sound pressure) by means of a moving element (as a galvanometer needle or a vibrating beam of cathode rays) — compare OSCILLOSCOPE — **os·cil·lo·graph·ic** \,=='grafik\ *adj* — **os·cil·lo·graph·i·cal·ly** \-fək(ə)lē\ *adv* — **os·cil·log·ra·phy** \,äsə'lägrəfē\ *n -ES*

**os·cil·lom·e·ter** \,äsə'lämǝd·ə(r)\ *n* [ISV *oscillo-* (fr. L *oscillare*) + *-meter*] **1** : an instrument for measuring the angle through which a ship rolls or pitches at sea **2** : an instrument for measuring the changes in pulsations in the arteries esp. of the extremities — **os·cil·lo·met·ric** \,='lämə,trik\ *adj* — **os·cil·lom·e·try** \,äsə'lämə,trē\ *n -ES*

**os·cil·lo·scope** \ə'silə,skōp\ *n* [ISV *oscillo-* (fr. L *oscillare*) + *-scope*] : an instrument in which the variations in a fluctuating electrical quantity (as voltage) are not recorded but appear temporarily as a visible wave form on the fluorescent screen of a cathode-ray tube; *broadly* : OSCILLOGRAPH — **os·cil·lo·scop·ic** \,='skäpik\ *adj*

**os·cine** \'äs'n, 'ä,sīn\ *adj* [NL *Oscines*] : relating to or having the characteristics of the Oscines

**os·ci·nel·la** \,äsə'nelə\ *n, cap* [NL, fr. L *oscin-, oscen* singing bird used in divination + *-ella*] : a genus of chloropid flies containing the frit fly

**os·ci·nes** \'äsə,nēz\ *n pl, cap* [NL, fr. L, pl. of *oscin-, oscen* singing bird used in divination, fr. *os-* (fr. *ob* to, before, against) + *-cin-, -cen* (fr. *canere* to sing) — more at EPI-,