**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| SynQor, Inc.,<br><br>                     Plaintiff,<br><br>   v.<br><br>Cisco Systems, Inc. and<br>Vicor Corporation.<br><br>                     Defendants. | Civil Action No. 2:11-cv-54-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT VICOR CORPORATION'S NOTICE OF COMPLIANCE**

Defendant Vicor Corporation ("Vicor") hereby notifies the Court that pursuant to the Court's August 29, 2013 Order (Dkt. No. 263), Vicor complied with said Order and provided the Court and the technical advisor, Mr. Richard Egan, with a copy of its Technical Tutorial on December 2, 2013. A copy of this Technical Tutorial was also sent to counsel for Plaintiff via electronic means and overnight mail on December 2, 2013.

Dated: December 3, 2013              Respectfully Submitted,

                                          By: */s/ Eric H. Findlay*
                                          Eric H. Findlay
                                          FINDLAY CRAFT
                                          6760 Old Jacksonville Highway, Ste. 101
                                          Tyler, TX  75703
                                          Phone:  903-534-1100
                                          Fax:  903-534-1137
                                          EFindlay@FindlayCraft.com

                                          Charles Kramer Verhoeven (*pro hac vice*)
                                          charlesverhoeven@quinnemanuel.com

Linda J. Brewer (*pro hac vice*)
lindabrewer@quinnemanuel.com
Kathy K. Peng (*pro hac vice*)
kathypeng@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6700
Facsimile: 415-875-6700

David A. Nelson
davenelson@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
500 West Madison Street, Ste 2450
Chicago, IL 60661
Telephone: 312-705-7465
Facsimile: 312-705-7401

Robert E. Hillman (*pro hac vice*), hillman@fr.com
Lawrence K. Kolodney (*pro hac vice*), kolodney@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02210-1878
Telephone: 617-542-5070
Facsimile: 617-542-8906

Stephen A. Marshall (*pro hac vice*), smarshall@fr.com
**FISH & RICHARDSON P.C.**
1425 K Street, NW
Suite 1100
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

David A. Gerasimow (*pro hac vice*), gerasimow@fr.com
**FISH & RICHARDSON P.C.**
3200 RBC Plaza, 60 South 6th St.
Minneapolis, MN 55402
Telephone: 612-335-5070
Facsimile: 612-288-9696

*Attorneys for Defendant Vicor Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 3, 2013.

*/s/ Eric H. Findlay*
Eric H. Findlay