# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| SynQor, Inc. | |
| Plaintiff, | Civil Action No. 2:11-CV-54-MHS-CMC |
| v. | |
| Cisco Systems, Inc. and Vicor Corporation | |
| Defendants. | |

## <u>DEFENDANT CISCO SYSTEMS, INC.'S NOTICE OF COMPLIANCE</u>

Defendant Cisco Systems, Inc. hereby notifies the Court that pursuant to the Court's

August 29, 2013 Order (Dkt. 263), Cisco complied with said order and provided the Court and

the technical advisor, Mr. Richard Egan, with a copy of its Technical Tutorial on December 2,

2013.  A copy said tutorial was also sent to counsel for Plaintiff via electronic means and

overnight mail on December 2, 2013.

Dated: December 3, 2013                     Respectfully submitted,


By: *Michael E. Jones*
    William F. Lee (*admitted pro hac vice*)
    william.lee@wilmerhale.com
    Louis W. Tompros (*admitted pro hac vice*)
    louis.tompros@wilmerhale.com
    Richard A. Goldenberg (*admitted pro hac vice*)
    richard.goldenberg@wilmerhale.com
    Andrew J. Danford (*admitted pro hac vice*)
    andrew.danford@wilmerhale.com
    Dana O. Burwell (*admitted pro hac vice*)
    dana.burwell@wilmerhale.com
    **WILMER CUTLER PICKERING HALE &**
        **DORR**
    60 State Street
    Boston, MA 02109
    Telephone: (617) 526-6000
    Facsimile: (617) 526-5000


    Andrea Pacelli (*admitted pro hac vice*)
    andrea.pacelli@wilmerhale.com
    **WILMER CUTLER PICKERING HALE &**
        **DORR**
    7 World Trade Center
    New York, NY 10007
    Telephone: (212) 230-8800
    Facsimile: (212) 230-8888


    Rachel L. Weiner (*admitted pro hac vice*)
    Rachel.Weiner@wilmerhale.com
    Jonathan Uffelman (*admitted pro hac vice*)
    Jonathan.Uffelman@wilmerhale.com
    **WILMER CUTLER PICKERING HALE &**
        **DORR**
    1875 Pennsylvania Avenue, NW
    Washington, DC 20006
    Telephone: (202) 663-6000
    Facsimile: (202) 663-6363


    Douglas M. Kubehl
    Texas Bar No. 00796909
    Email: doug.kubehl@bakerbotts.com
    Kurt M. Pankratz
    Texas Bar No. 24013291
    Email: kurt.pankratz@bakerbotts.com

Christa J. Brown-Sanford
Texas Bar No. 24045574
christa.sanford@bakerbotts.com
R. Scott McClelland
Texas Bar No. 24074677
**BAKER BOTTS, L.L.P.**
2001 Ross Avenue
Dallas, TX 75201
Telephone:  (214) 953-6500
Facsimile:  (214) 953-6503

Michael E. Jones
Texas Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
Texas Bar No. 24043679
allengardner@potterminton.com
**POTTER MINTON**
**A PROFESSIONAL CORPORATION**
110 N. College Avenue, Suite 500
Tyler, TX 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

**ATTORNEYS FOR CISCO SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 3, 2013.

*/s/ Michael E. Jones*
Michael E. Jones