# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **SynQor, Inc.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:11-CV-54 |
| | § | |
| **Ericsson, Inc., et al,** | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Harry L. Gillam, Jr., of Gillam & Smith, LLP enters his appearance on behalf of Plaintiff SynQor, Inc., in this matter as additional counsel.

Harry L. Gillam, Jr. may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 303 South Washington Avenue, Marshall, Texas 75670; Telephone: (903) 934-8450; Facsimile: (903) 934-9257; e-mail gil@gillamsmithlaw.com.

Dated:  December 6, 2013.

Respectfully submitted,

*/s/ Harry L. Gillam, Jr.*
Harry L. Gillam, Jr.
State Bar No. 07921800
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email:  gil@gillamsmithlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 6th day of December, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                         */s/ Harry L. Gillam, Jr.*
                                                         Harry L. Gillam, Jr.