IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC., § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 2:11-CV-54-DF |
| v. § | |
| § | JURY TRIAL DEMANDED |
| CISCO SYSTEMS, INC., § | |
| and VICOR CORPORATION § | |
| § | |
| Defendants. § | |
| § | |

## NOTICE OF APPEARANCE

Defendant Cisco Systems, Inc. hereby gives notice that Roshan S. Mansinghani enters his appearance as an attorney of record for Defendant Cisco Systems, Inc. and requests that copies of all notices, orders, and pleadings be served on him.

Dated: December 27, 2013      Respectfully submitted,

By:   */s/ Roshan S. Mansighani*
Douglas M. Kubehl
douglas.kubehl@bakerbotts.com
Texas Bar No. 00796909
Kurt Max Pankratz
kurt.pankratz@bakerbotts.com
Texas Bar No. 24013291
Christa Brown-Sanford
christa.brown-sanford@bakerbotts.com
Texas Bar No. 24045574
Roshan S. Mansinghani
roshan.mansinghani@bakerbotts.com
Texas Bar No. 24057026
R. Scott McClelland
scott.mcclelland@bakerbotts.com
Texas Bar No. 24074677
BAKER BOTTS LLP
2001 Ross Ave.
Suite 600
Dallas, TX 75201-2980
Tel: (214) 953-6584
Fax: (214) 661-4584

Michael E. Jones
State Bar No. 10929400
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas  75702
(903) 597 8311
(903) 593 0846 (Facsimile)
mikejones@potterminton.com

ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 27th day of December, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Roshan S. Mansinghani*
Roshan S. Mansinghani
