UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SynQor, Inc.<br><br>                    Plaintiff,<br><br>    v.<br><br>Cisco Systems, Inc. and<br>Vicor Corporation.<br><br><br>                    Defendants. | Civil Action No. 2:11-cv-54-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT VICOR CORPORATION'S NOTICE OF JOINDER TO CISCO SYSTEMS, INC.'S MOTION FOR LEAVE TO AMEND SUPPLEMENTAL INVALIDITY CONTENTIONS

Defendant Vicor Corporation ("Vicor") hereby files this Notice of Joinder to the Motion for Leave to Amend Supplemental Invalidity Contentions filed by Cisco Systems, Inc. ("Motion") (Dkt. No. 302). This Notice of Joinder provides notice that Vicor fully adopts the arguments presented in the Motion and respectfully request that—in the event the Court grants Cisco's Motion—the Court also enter an Order granting leave for Vicor to serve amended P.R. 3-3 Invalidity Contentions on Plaintiff SynQor Inc.

Dated: January 3, 2014        Respectfully Submitted,

                                        By: */s/ Eric H. Findlay*
                                        Eric H. Findlay
                                        FINDLAY CRAFT
                                        6760 Old Jacksonville Highway, Ste. 101
                                        Tyler, TX 75703
                                        Phone: 903-534-1100
                                        Fax: 903-534-1137
                                        EFindlay@FindlayCraft.com

                                        Charles Kramer Verhoeven (*pro hac vice*)
                                        charlesverhoeven@quinnemanuel.com

Linda J. Brewer (*pro hac vice*)
lindabrewer@quinnemanuel.com
Kathy K. Peng (*pro hac vice*)
kathypeng@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6700
Facsimile: 415-875-6700

David A. Nelson
davenelson@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
500 West Madison Street, Ste 2450
Chicago, IL 60661
Telephone: 312-705-7465
Facsimile: 312-705-7401

Robert E. Hillman (*pro hac vice*), hillman@fr.com
Lawrence K. Kolodney (*pro hac vice*), kolodney@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02210-1878
Telephone: 617-542-5070
Facsimile: 617-542-8906

Stephen A. Marshall (*pro hac vice*), smarshall@fr.com
**FISH & RICHARDSON P.C.**
1425 K Street, NW
Suite 1100
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

David A. Gerasimow (*pro hac vice*), gerasimow@fr.com
**FISH & RICHARDSON P.C.**
3200 RBC Plaza, 60 South 6th St.
Minneapolis, MN 55402
Telephone: 612-335-5070
Facsimile: 612-288-9696

*Attorneys for Defendant Vicor Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 3, 2014, to all counsel of record who are deemed to have consented to electronic service *via* the Court's CM/ECF system per Local Rule CV-5(a)(3).

By: */s/ Eric H. Findlay*
Eric H. Findlay