# EXHIBIT 2

# Love, Nathaniel C.

| | |
|---|---|
| **From:** | DeZern, David |
| **Sent:** | Friday, March 08, 2013 7:45 PM |
| **To:** | Lee, William (NON-SIDLEY PERSONNEL); Craft, Brian (NON-SIDLEY PERSONNEL); David Gerasimow; DLCiscoSynQorLitigation@BakerBotts.com; Doug Kubehl; Findley, Eric Hugh (NON-SIDLEY PERSONNEL); Eric Keller; Kurt Pankratz; Lawrence Kolodney; Robert Hillman; Steve Marshall; Thomas Brown |
| **Cc:** | Rein, Thomas D.; Koh, Stephanie P.; Hatcher, Michael D.; Timosciek, Carol |
| **Subject:** | SynQor v. Cisco & Vicor, 2:11-cv-54 |
| **Attachments:** | SynQor's 2nd Supplemental Disclosure of Asserted Claims and Infringement Contentions for Cisco.pdf; Exhibit I - 7,072,190 Claim Chart.pdf; Exhibit II - 7,272,021 Claim Chart.pdf; Exhibit III - 7,558,083 Claim Chart.pdf; Exhibit IV - 7,564,702 Claim Chart.pdf; Exhibit V - 8,023,290 Claim Chart.pdf; Appendix A.pdf; Appendix B.pdf; Appendix C.pdf |

Counsel for Cisco,

    Please find attached for service SynQor's Second Supplemental Disclosures of Asserted Claims and Infringement Contentions for Cisco.  These supplemental infringement contentions are directed towards Cisco's replacement MPNs/new CPNs as set forth therein and as previously mentioned for example in Mike Hatcher's Feb. 22 letter.  Please review the supplemental infringement contentions and let us know by **Friday March 15** if Cisco will agree not to oppose a motion for leave to supplement with these contentions.  If Cisco does oppose, please propose a time on or before **Friday March 15** to conduct a final meet and confer with lead and local counsel regarding SynQor's motion for leave.

    As you know, we continue to seek information from Cisco regarding its products, for example as noted in Mike Hatcher's Mar. 4 letter.  We reserve the right to amend further when we obtain additional information.

Regards,

## David T. DeZern
SIDLEY AUSTIN LLP
717 N. Harwood St., Suite 3400
Dallas, TX 75201
Phone: (214) 981-3315
Fax:     (214) 981-3400
Email: ddezern@sidley.com
www.sidley.com