# EXHIBIT 4

# In The Matter Of:

### SYNQOR, INC.
### v.
### CISCO SYSTEMS, INC.

_____

## MARTIN F. SCHLECHT, Sc.D. - Vol. 2
### December 13, 2013

_____

## CONFIDENTIAL
## ATTORNEYS' EYES ONLY

**MERRILL CORPORATION**
LegaLink, Inc.
101 Arch Street
3rd Floor
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

CONFIDENTIAL – ATTORNEYS' EYES ONLY
MARTIN F. SCHLECHT, Sc.D. – 12/13/2013

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

Civil Action No. 2:11-CV-54-MHS-CMS

*******************************

SYNQOR, INC.,

    Plaintiff,

V.

CISCO SYSTEMS, INC., AND VICOR    Vol. 2
CORPORATION,

    Defendants

*******************************

CONFIDENTIAL

ATTORNEYS' EYES ONLY

CONTINUED VIDEOTAPED DEPOSITION OF

MARTIN F. SCHLECHT, Sc.D.

Friday, December 13, 2013

9:05 a.m.

Held at:

WILMER, CUTLER, PICKERING, HALE and DORR, LLP

60 State Street

Boston, Massachusetts


Judith McGovern Williams, Court Reporter

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MARTIN F. SCHLECHT, Sc.D. - 12/13/2013

Page 2

```
 1    APPEARANCES:

 2    WILMER CUTLER PICKERING HALE and DORR, LLP

 3     Louis W. Tompros, Esquire

 4     60 State Street

 5     Boston, Massachusetts  02109

 6     617-526-6886

 7     louistompros@wilmerhale.com

 8     and

 9     Rachel L. Weiner, Esquire

10     1875 Pennsylvania Avenue, N.W.

11     Washington, D.C.  20006

12     202-663-6068

13     rachel.weiner@wilmerhale.com

14     and

15     Theodoros Konstantakopoulos, Ph.D., Esquire

16     7 World Trade Center, 250 Greenwich Street

17     New York, New York  10007

18     212-295-6367

19     theodoros.konstantakopoulos@wilmerhale.com

20     On behalf of the Defendant, Cisco Systems, Inc.

21

22

23

24
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
MARTIN F. SCHLECHT, Sc.D. - 12/13/2013

Page 3

```
 1    APPEARANCES (continued):
 2    SIDLEY AUSTIN, LLP
 3     Thomas D. Rein, Esquire
 4     One South Dearborn
 5     Chicago, Illinois  60603
 6     312-853-7117
 7     trein@sidley.com
 8     On behalf of the Plaintiff and the Witness
 9
10    QUINN EMANUEL
11     David Nelson, Esquire
12     500 West Madison Street, Suite 2450
13     Chicago, Illinois  60661
14     312-705-7400
15     davenelson@quinnemanuel.com
16     On behalf of the Defendant, Vicor Corporation
17
18    Also present:
19     Craig Newman, Videographer
20
21    Present for afternoon session only:
22     Allison Trzop of Wilmer Hale
23
24
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
MARTIN F. SCHLECHT, Sc.D. - 12/13/2013

Page 190

| | | |
|---|---|---|
| 1 | A. Correct. | 14:12:26 |
| 2 | Q. Is there any discussion in any of the | 14:12:28 |
| 3 | patents that are involved in this case of modes of | 14:12:31 |
| 4 | operation? | 14:12:34 |
| 5 | A. Well, yes. These converters -- these | 14:12:37 |
| 6 | patents in this case, the specification, has | 14:12:42 |
| 7 | lengthy discussion about how the converter | 14:12:48 |
| 8 | operates, let's say in its normal mode of | 14:12:51 |
| 9 | operation, but also discusses things such as -- | 14:12:54 |
| 10 | Q. If you want to -- | 14:12:55 |
| 11 | A. -- startup -- startup, shut down, short | 14:12:58 |
| 12 | circuit conditions. | 14:12:59 |
| 13 | Q. Let's take a look. It is Exhibit 2 is the | 14:13:02 |
| 14 | '190 patent. That is at least the one that I keep | 14:13:05 |
| 15 | coming back to for reference to the specifications. | 14:13:07 |
| 16 | (Witness complying.) | 14:13:13 |
| 17 | A. That is the easy part. | 14:13:16 |
| 18 | (Pause.) | 14:13:17 |
| 19 | (The witness viewing Exhibit 2.) | 14:13:20 |
| 20 | A. So I have it in front of me. | 14:13:21 |
| 21 | Q. And can you identify what you were | 14:13:25 |
| 22 | describing. | 14:13:26 |
| 23 | Or let me -- let's start with can you | 14:13:30 |
| 24 | identify what you were what you were describing | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
MARTIN F. SCHLECHT, Sc.D. - 12/13/2013

Page 191

| | | |
|---|---|---|
| 1 | when you were discussing the different modes of | 14:13:36 |
| 2 | operation in the '190 patent? | 14:13:38 |
| 3 | A.   For instance, in column 16 at line 22, | 14:13:52 |
| 4 | there is a discussion of a fault condition in a | 14:13:57 |
| 5 | converter.  That would be a different mode of | 14:14:01 |
| 6 | operation. | 14:14:03 |
| 7 | Q.   I am sorry.  You said line 22 of column | 14:14:06 |
| 8 | 16? | 14:14:06 |
| 9 | A.   Yes.  22 through -- the paragraph starting | 14:14:09 |
| 10 | at 22 through 27. | 14:14:14 |
| 11 | So there is a discussion of a, if you | 14:14:17 |
| 12 | will, a mode.  This is your word.  It is not in the | 14:14:21 |
| 13 | patent specification here.  But a -- a separate | 14:14:26 |
| 14 | condition from the other condition that was being | 14:14:28 |
| 15 | discussed, separate mode, if you will, one in which | 14:14:31 |
| 16 | the converter has a failure, a fault. | 14:14:34 |
| 17 | Then following down in the next | 14:14:36 |
| 18 | paragraph, starting at line 28, it is talking about | 14:14:42 |
| 19 | while the converter is being turned on, through | 14:14:50 |
| 20 | that paragraph.  So that is a different mode.  We | 14:14:52 |
| 21 | can call that the turn-on transition. | 14:14:55 |
| 22 | I think somewhere there might also be | 14:15:07 |
| 23 | a discussion or at least a reference to shutting | 14:15:10 |
| 24 | down or turning off the converter as well. | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
MARTIN F. SCHLECHT, Sc.D. - 12/13/2013

Page 192

| | | |
|---|---|---|
| 1 | Q.    There is also a reference to a normal mode | 14:15:16 |
| 2 | of operation in the patents?  Right? | 14:15:19 |
| 3 | MR. REIN:  In the '190? | 14:15:21 |
| 4 | MR. TOMPROS:  I thought so, but maybe | 14:15:23 |
| 5 | I am wrong. | 14:15:23 |
| 6 | BY MR. TOMPROS: | 14:15:24 |
| 7 | Q.    In the '190 patent specification? | 14:15:25 |
| 8 | A.    Are you asking whether the word "normal | 14:15:28 |
| 9 | mode of operation" or the phrase "normal mode of | 14:15:30 |
| 10 | operation" is in the specification? | 14:15:34 |
| 11 | Q.    I am. | 14:15:35 |
| 12 | A.    I don't know that. | 14:15:36 |
| 13 | Q.    Okay.  The modes that you have just been | 14:15:39 |
| 14 | discussing, short circuit, turn off and turn on, | 14:15:43 |
| 15 | those are things that are outside of the normal | 14:15:45 |
| 16 | mode of operation?  Is that right? | 14:15:46 |
| 17 | A.    As I would use that, that phrase, yes. | 14:15:50 |
| 18 | Q.    Does the '190 patent describe in its | 14:15:55 |
| 19 | specification anywhere an unregulated mode versus a | 14:16:00 |
| 20 | regulated mode for a converter? | 14:16:02 |
| 21 | A.    It does not preclude it.  As far as I | 14:16:09 |
| 22 | know, there is nothing in there that says it is not | 14:16:12 |
| 23 | allowed. | 14:16:14 |
| 24 | Q.    Does -- | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
MARTIN F. SCHLECHT, Sc.D. - 12/13/2013

Page 193

| | | |
|---|---|---|
| 1 | A. So I think a person of ordinary skill | 14:16:19 |
| 2 | reading the document would not be driven to think | 14:16:22 |
| 3 | it was not allowed, because there is nothing in it | 14:16:25 |
| 4 | that says so. | 14:16:25 |
| 5 | And so by definition, I think one -- a | 14:16:30 |
| 6 | person of ordinary skill in the art might consider | 14:16:32 |
| 7 | it as a possibility. | 14:16:36 |
| 8 | Q. So as I understand what you are saying, it | 14:16:39 |
| 9 | doesn't preclude it, but does the specification | 14:16:42 |
| 10 | actually describe a regulated mode versus an | 14:16:46 |
| 11 | unregulated mode of operation? | 14:16:48 |
| 12 | A. Well, I will have to ask you to clarify | 14:16:54 |
| 13 | your question. | 14:16:55 |
| 14 | Because certainly I have pointed to | 14:16:57 |
| 15 | potential modes of operation, like fault | 14:17:00 |
| 16 | conditions, startup, shut down, where a converter | 14:17:03 |
| 17 | might be unregulated as opposed to regulated. | 14:17:08 |
| 18 | Q. Okay. In the normal mode of operation, | 14:17:12 |
| 19 | does -- | 14:17:14 |
| 20 | MR. TOMPROS: Strike that. Let me | 14:17:15 |
| 21 | start the question again. | 14:17:16 |
| 22 | BY MR. TOMPROS: | 14:17:16 |
| 23 | Q. Does the specification of the '190 patent | 14:17:19 |
| 24 | describe an unregulated mode versus a regulated | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
MARTIN F. SCHLECHT, Sc.D. - 12/13/2013

Page 194

| | | |
|---|---|---|
| 1 | mode in normal operation of a bus converter? | 14:17:28 |
| 2 |     A.   As I have said, it doesn't preclude it, | 14:17:32 |
| 3 | and to the degree a person of ordinary skill in the | 14:17:34 |
| 4 | art reading the document would, therefore, be | 14:17:38 |
| 5 | caused to think about it, then I -- then I think | 14:17:42 |
| 6 | you might say it describes it. | 14:17:43 |
| 7 |           I don't think there is anything in the | 14:17:46 |
| 8 | specification that describes the benefits of such, | 14:17:53 |
| 9 | of having two different modes of operation. | 14:17:55 |
| 10 |     Q.   I do want to make sure I understand what | 14:17:59 |
| 11 | you're saying here. | 14:18:00 |
| 12 |           So the specification doesn't preclude | 14:18:02 |
| 13 | two different modes of operation?  Right? | 14:18:05 |
| 14 |     A.   I don't think there is any place that | 14:18:08 |
| 15 | insists that it only be one mode of operation | 14:18:11 |
| 16 | during normal operation. | 14:18:12 |
| 17 |     Q.   And, therefore, is it -- | 14:18:13 |
| 18 |           MR. TOMPROS:  Strike that. | 14:18:14 |
| 19 |           BY MR. TOMPROS: | 14:18:14 |
| 20 |     Q.   Is it your testimony that, therefore, | 14:18:16 |
| 21 | because it doesn't preclude it, it describes it? | 14:18:21 |
| 22 |     A.   No.  First of all, my testimony is what I | 14:18:23 |
| 23 | say, not how you characterize it. | 14:18:25 |
| 24 |           What I said was since it doesn't | |

Merrill Corporation - Boston
617-542-0039                                www.merrillcorp.com/law

CONFIDENTIAL - ATTORNEYS' EYES ONLY
MARTIN F. SCHLECHT, Sc.D. - 12/13/2013

Page 195

| | | |
|---|---|---|
| 1 | preclude it, it seems to me anyways that a person | 14:18:34 |
| 2 | of ordinary skill in the art reading it could | 14:18:37 |
| 3 | consider it a possibility that there would be an | 14:18:41 |
| 4 | unregulated mode and a regulated mode or an | 14:18:44 |
| 5 | unregulated mode and a semiregulated mode, and to | 14:18:48 |
| 6 | the degree that the patent specification, by not | 14:18:51 |
| 7 | precluding two different modes, causes the person | 14:18:55 |
| 8 | of ordinary skill in the art to consider it, well | 14:18:57 |
| 9 | then I, you know, I think we -- I don't quite know | 14:19:00 |
| 10 | what you mean by the word "describe," but it seems | 14:19:02 |
| 11 | to me that it causes the person to think of that | 14:19:05 |
| 12 | opportunity. | 14:19:05 |
| 13 | I do admit the -- I do say that the | 14:19:12 |
| 14 | specification doesn't teach any benefit of having | 14:19:16 |
| 15 | two different modes of operation. | 14:19:17 |
| 16 | Q.   And it doesn't teach there being two | 14:19:21 |
| 17 | different modes of operation where one is regulated | 14:19:24 |
| 18 | and one is up unregulated, does it? | 14:19:27 |
| 19 | A.   Well, I have said what I have said. | 14:19:29 |
| 20 | The fact that it doesn't preclude it | 14:19:32 |
| 21 | seems to me would cause the person of ordinary | 14:19:34 |
| 22 | skill in the art reading to it understand that it | 14:19:37 |
| 23 | was possible. | 14:19:40 |
| 24 | And given it is possible, now I think | |

| | | |
|---|---|---|
| 1 | we just simply have to maybe have a difference of | 14:19:47 |
| 2 | opinion about what you mean by the word "describe." | 14:19:49 |
| 3 | Q.   Okay.  The specification doesn't preclude | 14:19:57 |
| 4 | painting your bus converter yellow, does it? | 14:19:59 |
| 5 | A.   No, is it does not. | 14:20:01 |
| 6 | Q.   Does it teach painting your bus converter | 14:20:04 |
| 7 | yellow? | 14:20:08 |
| 8 | A.   If you have a person -- what I am saying | 14:20:11 |
| 9 | in my answer, if a person of ordinary skill in the | 14:20:14 |
| 10 | art wants to consider that.  But I think that is | 14:20:17 |
| 11 | not a very good analogy here, because a converter | 14:20:20 |
| 12 | is either unregulated or it is regulated. | 14:20:22 |
| 13 | So if it is not going to be | 14:20:24 |
| 14 | unregulated all the time, if the patent | 14:20:26 |
| 15 | specification does not require it to be unregulated | 14:20:28 |
| 16 | all the time, then, of course, the alternative | 14:20:32 |
| 17 | would be that some of the time it would be | 14:20:34 |
| 18 | regulated, of some type, fully regulated, | 14:20:37 |
| 19 | semiregulated. | 14:20:38 |
| 20 | And, you know, those are the choices, | 14:20:42 |
| 21 | whereas for colors, we could decide there is | 14:20:44 |
| 22 | hundreds, thousands, millions of colors.  I think | 14:20:48 |
| 23 | it is a poor analogy. | 14:20:50 |
| 24 | Q.   I apologize for harping on this.  I just | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
MARTIN F. SCHLECHT, Sc.D. - 12/13/2013

Page 197

| | | |
|---|---|---|
| 1 | want to make sure I have got it right one way or | 14:21:04 |
| 2 | the other. | 14:21:04 |
| 3 | Reading the words of the | 14:21:06 |
| 4 | specification, the words of the specification never | 14:21:08 |
| 5 | say unregulated mode?  True? | 14:21:12 |
| 6 | A.   Well, I don't know that that -- the phrase | 14:21:15 |
| 7 | is not there.  Correct.  But it describes an | 14:21:20 |
| 8 | isolation stage which left to itself is | 14:21:26 |
| 9 | unregulated.  It certainly has plenty of | 14:21:28 |
| 10 | descriptions like that.  And then several | 14:21:31 |
| 11 | embodiments using that structure in different -- in | 14:21:36 |
| 12 | different ways. | 14:21:40 |
| 13 | Q.   Do the words "unregulated mode" appear or | 14:21:43 |
| 14 | not? | 14:21:43 |
| 15 | A.   I don't think that phrase appears in the | 14:21:46 |
| 16 | specification. | 14:21:46 |
| 17 | Q.   Do the words "regulated mode" appear or | 14:21:49 |
| 18 | not? | 14:21:49 |
| 19 | A.   I know the word "regulation" appears. | 14:21:54 |
| 20 | Q.   I agree with you there.  Do the words | 14:21:56 |
| 21 | "regulated mode" appear or not? | 14:21:58 |
| 22 | A.   I don't think so, but, you know, the | 14:22:00 |
| 23 | document has what it has.  It is either there or | 14:22:02 |
| 24 | not. | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
MARTIN F. SCHLECHT, Sc.D. - 12/13/2013

Page 198

| | | |
|---|---|---|
| 1 | Q. Okay. And that's why I want to focus on | 14:22:05 |
| 2 | your testimony. | 14:22:06 |
| 3 | Does the specification teach an | 14:22:10 |
| 4 | unregulated mode and a regulated mode of a | 14:22:12 |
| 5 | converter? | 14:22:15 |
| 6 | MR. REIN: That is asked and answered. | 14:22:16 |
| 7 | THE WITNESS: Yes. | 14:22:17 |
| 8 | A. I think I have tried many times to answer | 14:22:19 |
| 9 | that question with -- I feel like to answer it once | 14:22:22 |
| 10 | again will -- my previous answers are as good as I | 14:22:25 |
| 11 | can of course. | 14:22:26 |
| 12 | BY MR. TOMPROS: | 14:22:26 |
| 13 | Q. Is it possible to answer that question yes | 14:22:28 |
| 14 | or no, where the question is does the specification | 14:22:31 |
| 15 | teach an unregulated mode and a regulated mode of a | 14:22:33 |
| 16 | converter? | 14:22:34 |
| 17 | A. I think the issue here is what is your | 14:22:36 |
| 18 | definition of "teach" or "describe." You know, if | 14:22:40 |
| 19 | you have higher levels of or more strict | 14:22:45 |
| 20 | interpretation of that word than I do as I am | 14:22:48 |
| 21 | talking, well, then I can't answer that question | 14:22:51 |
| 22 | without knowing exactly how you are interpreting | 14:22:53 |
| 23 | those words. | 14:23:01 |
| 24 | Q. Okay. | |

| | | |
|---|---|---|
| 1 | A. And I believe my answer has always been | 14:23:03 |
| 2 | along the lines of it depends on how you interpret | 14:23:07 |
| 3 | the word "describes." I don't think you used the | 14:23:11 |
| 4 | word "teach" before. But it depends on how you | 14:23:13 |
| 5 | interpret that word. | 14:23:14 |
| 6 | Q. Are you familiar with the concept of a | 14:23:17 |
| 7 | person of ordinary skill in the art in the context | 14:23:20 |
| 8 | of patent law? | 14:23:21 |
| 9 | A. Yes. I am. | 14:23:22 |
| 10 | Q. All right. | 14:23:23 |
| 11 | A. Although I am not an attorney. | 14:23:24 |
| 12 | Q. And you have been an expert witness in | 14:23:27 |
| 13 | prior patent cases? Right? | 14:23:28 |
| 14 | A. I have. | 14:23:29 |
| 15 | Q. And you applied the concept of a person of | 14:23:31 |
| 16 | ordinary skill in the art? | 14:23:32 |
| 17 | A. As I understand it. Yes. | 14:23:34 |
| 18 | Q. Would a person of ordinary skill in the | 14:23:38 |
| 19 | art reading the specification of the '190 patent | 14:23:42 |
| 20 | conclude that you, the inventor of the '190 patent, | 14:23:46 |
| 21 | had possession of the idea of a converter that had | 14:23:50 |
| 22 | a regulated mode and an unregulated mode? | 14:23:58 |
| 23 | A. Well, what I think they would conclude is | 14:24:01 |
| 24 | that there is nothing in the document that forbids | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MARTIN F. SCHLECHT, Sc.D. - 12/13/2013

Page 200

| | | |
|---|---|---|
| 1 | it from having those two modes.  It does not | 14:24:09 |
| 2 | require there be only one. | 14:24:10 |
| 3 | Q. Okay.  Let's go back to the -- I lost the | 14:24:19 |
| 4 | exhibit number.  I apologize.  The Exhibit 33, | 14:24:21 |
| 5 | which is the technical specification of the NiQor | 14:24:24 |
| 6 | product. | 14:24:25 |
| 7 | (Witness complying.) | 14:24:27 |
| 8 | Q. And I think you may have focused on this | 14:24:34 |
| 9 | before, but just to be clear. | 14:24:35 |
| 10 | It is page 4 of that specification, | 14:24:40 |
| 11 | "operating input voltage range under input | 14:24:43 |
| 12 | characteristics."  Do you see that line? | 14:24:46 |
| 13 | A. Yes. | 14:24:46 |
| 14 | Q. Okay.  And that's the line that specifies | 14:24:49 |
| 15 | the intended operating input voltage range?  Is | 14:24:53 |
| 16 | that right? | 14:24:53 |
| 17 | A. Yes.  There is actually two such lines, as | 14:24:56 |
| 18 | we can see here, one for the output voltages being | 14:25:00 |
| 19 | trimmed between .9 volts and 2 and a half volts, | 14:25:03 |
| 20 | and one for when it is trimmed to 3.3 volts. | 14:25:06 |
| 21 | Q. And then you referred to that note on | 14:25:08 |
| 22 | page 6 -- | 14:25:10 |
| 23 | A. Yes. | 14:25:11 |
| 24 | Q. -- which described a .4 volt head room | |