# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC., <br><br> Plaintiff <br><br> v. <br><br> CISCO SYSTEMS, INC. and <br><br> VICOR CORPORATION, <br><br> Defendants. | Civil Action No. 2:11-CV-54-MHS-CMC <br><br><br> **JURY TRIAL DEMANDED** |

# DECLARATION OF KATHY PENG IN SUPPORT OF DEFENDANTS' OBJECTIONS TO THE MAGISTRATE JUDGE'S CLAIM CONSTRUCTION ORDER [DKT. 306] AND MOTION FOR RECONSIDERATION OF SAME

I, Kathy Peng, declare as follows:

1. I am an attorney admitted to practice law in the State of Virginia and before this Court *pro hac vice*. I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for defendant Vicor Corporation, in this action.

2. I am over the age of 18 and fully competent to make this declaration. I have personal knowledge of the facts stated in this declaration.

3. Attached as Exhibit A (Sealed) is a true and correct copy of Defendants' presentation given at the Claim Construction Hearing in the present case on December 17, 2013, before Magistrate Judge Caroline M. Craven.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of January 2014, in San Francisco, CA.

By: */s/ Kathy Peng*