# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF TEXAS

## MARSHALL DIVISION

|  |  |
|---|---|
| SYNQOR, INC., <br><br> Plaintiff <br><br> v. <br><br> CISCO SYSTEMS, INC. and <br><br> VICOR CORPORATION, <br><br> Defendants. | Civil Action No. 2:11-CV-54-MHS-CMC <br><br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION OF THE MAGISTRATE JUDGE'S CLAIM CONSTRUCTION ORDER

Defendants Cisco Systems, Inc. and Vicor Corporation's Objections To The Magistrate Judge's Claim Construction Order [Dkt. 306] and Motion for Reconsideration Of Same has come before the Court.  The Court having considered the Motion, any responses and replies, and all relevant papers and evidence, hereby GRANTS Defendants' Motion and ORDERS modification of the Claim Construction Order accordingly.

IT IS SO ORDERED.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this January 16, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

By  /s/ Kathy Peng