# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SynQor, Inc.<br><br>                Plaintiff,<br><br>v.<br><br>Cisco Systems, Inc. and<br>Vicor Corporation.<br><br>                Defendants. | Civil Action No. 2:11-cv-54-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |

## ORDER FOCUSING PATENT CLAIMS AND PRIOR ART

On this day, the Court considered the parties' Joint Motion for Order Focusing Patent Claims and Prior Art. After considering the Motion, the Court finds that it should be, and is hereby, GRANTED. IT IS THEREFORE ORDERED that:

1. SynQor will preliminarily reduce the asserted claims to 25 claims, total, by January 24, 2014.

2. Defendants will preliminarily reduce the asserted prior art references to 30 references, total, by February 14, 2014. A prior art instrumentality (such as a device or process) and associated references that describe that instrumentality shall count as one reference, as shall the closely related work of a single prior artist.

3. SynQor will reduce the asserted claims from the 25 claims elected pursuant to paragraph 1 to 16 claims, total, by April 25, 2014.

4. Defendants will reduce the asserted prior art references from the 30 prior art references elected pursuant to paragraph 3 to 20 references, total, by May 9, 2014. For the

purposes of this final election of asserted prior art, each obviousness combination shall count as a separate prior art reference.

**SIGNED this 27th day of January, 2014.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE