IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYNQOR, INC. | § | |
| | § | |
| V. | § | No. 2:11CV54 |
| | § | |
| ERICSSON, INC., ET AL. | § | |

## ORDER VACATING MOTION PRACTICE ORDER

The above-referenced cause of action was referred to the undersigned United States Magistrate Judge for pre-trial purposes in accordance with 28 U.S.C. § 636. On February 22, 2013, the undersigned issued a Motion Practice Order, requiring the parties to obtain permission through the submission of letter briefs to the Court prior to the filing of any summary judgment and *Daubert* motions (Docket Entry #180). The Court hereby **VACATES** the Motion Practice Order.

**IT IS SO ORDERED.**

SIGNED this 4th day of February, 2014.

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE