# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SynQor, Inc.<br><br>                 Plaintiff,<br><br>  v.<br><br>Cisco Systems, Inc. and<br>Vicor Corporation.<br><br>                 Defendants. | Civil Action No. 2:11-cv-54-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT VICOR CORPORATION'S NOTICE OF COMPLIANCE WITH LOCAL PATENT RULE 3-7

Defendant Vicor Corporation ("Vicor") hereby notifies the Court that pursuant to the Court's January 25, 2012 Docket Control Order (Dkt. No. 172), Vicor complied with said Local P.R. 3-7 on February 10, 2014.

Dated: February 11, 2014

Respectfully Submitted,

By: */s/ Eric H. Findlay*
Eric H. Findlay
FINDLAY CRAFT, P.C.
6760 Old Jacksonville Highway, Ste. 101
Tyler, TX 75703
Phone: 903-534-1100
Fax: 903-534-1137
efindlay@findlaycraft.com

Charles Kramer Verhoeven (*pro hac vice*)
charlesverhoeven@quinnemanuel.com
Linda J. Brewer (*pro hac vice*)
lindabrewer@quinnemanuel.com
Kathy K. Peng (*pro hac vice*)

kathypeng@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6700
Facsimile: 415-875-6700

David A. Nelson
davenelson@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
500 West Madison Street, Ste 2450
Chicago, IL 60661
Telephone: 312-705-7465
Facsimile: 312-705-7401

Robert E. Hillman (*pro hac vice*), hillman@fr.com
Lawrence K. Kolodney (*pro hac vice*), kolodney@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02210-1878
Telephone: 617-542-5070
Facsimile: 617-542-8906

Stephen A. Marshall (*pro hac vice*), smarshall@fr.com
**FISH & RICHARDSON P.C.**
1425 K Street, NW
Suite 1100
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

David A. Gerasimow (*pro hac vice*), gerasimow@fr.com
**FISH & RICHARDSON P.C.**
3200 RBC Plaza, 60 South 6th St.
Minneapolis, MN 55402
Telephone: 612-335-5070
Facsimile: 612-288-9696

*Attorneys for Defendant Vicor Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 11, 2014.

*/s/ Eric H. Findlay*
Eric H. Findlay