**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SynQor, Inc.<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Cisco Systems, Inc. and<br>Vicor Corporation<br><br>　　　　　　　Defendants. | Civil Action No. 2:11-CV-54-MHS-CMC |

### DEFENDANT CISCO SYSTEMS, INC.'S NOTICE OF COMPLIANCE REGARDING P.R. 3-7 DISCLOSURES

Pursuant to the Court's January 25, 2012 Joint Docket Control Order [Dkt. 172], Defendant Cisco Systems, Inc. hereby notifies the Court that it served its P.R. 3-7 Disclosures upon all counsel of record via electronic mail on February 10, 2014.

| | |
|---|---|
| Dated:  February 11, 2014 | By: /s/ *Michael E. Jones*<br>William F. Lee<br>　Admitted *pro hac vice*<br>　william.lee@wilmerhale.com<br>Louis W. Tompros<br>　Admitted *pro hac vice*<br>　louis.tompros@wilmerhale.com<br>Richard A. Goldenberg<br>　Admitted *pro hac vice*<br>　richard.goldenberg@wilmerhale.com<br>Rachel Gurvich<br>　Admitted *pro hac vice*<br>　rachel.gurvich@wilmerhale.com<br>Andrew J. Danford<br>　Admitted *pro hac vice*<br>　andrew.danford@wilmerhale.com<br>Kelli J. Powell<br>　Admitted *pro hac vice*<br>　Kelli.powell@wilmerhale.com<br>Dana O. Burwell<br>　Admitted *pro hac vice* |

dana.burwell@wilmerhale.com
Allison Trzop
  Admitted *pro hac vice*
  Allison.trzop@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Douglas M. Kubehl
  douglas.kubehl@bakerbotts.com
Kurt Max Pankratz
  kurt.pankratz@bakerbotts.com
Christa Brown-Sanford
  christa.brown-sanford@bakerbotts.com
R Scott McClelland
  scott.mcclelland@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 600
Dallas, Texas 75201-2980
Telephone: (214) 953-6584
Facsimile: (214) 953-4584

Rachel L. Weiner
  Admitted *pro hac vice*
  rachel.weiner@wilmerhale.com
Jonathan Uffelman
  Admitted *pro hac vice*
  jonathan.uffelman@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Andrea Pacelli
  Admitted *pro hac vice*
  andrea.pacelli@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
Telephone:  (212) 230-8800

        Facsimile: (212) 230-8888

        Michael E. Jones
        SBN: 10929400
        mikejones@potterminton.com
        Allen F. Gardner
        SBN: 24043679
        allengardner@potterminton.com
        POTTER MINTON, PC
        110 North College, Suite 500
        Tyler, Texas 75702
        Tel: 903-597-8311
        Fax: 903-593-0846

        **ATTORNEYS FOR DEFENDANT**
        **CISCO SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 11, 2014.

        */s/ Michael E. Jones*