# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SynQor, Inc.<br><br>                Plaintiff,<br><br>v.<br><br>Cisco Systems, Inc. and<br>Vicor Corporation<br><br>                Defendants. | Civil Action No. 2:11-CV-54-MHS-CMC |

**ORDER GRANTING CISCO SYSTEMS, INC.'S UNOPPOSED MOTION TO AMEND DOCKET CONTROL ORDER**

Before the Court is the Unopposed Motion to Amend the Docket Control Order of Cisco Systems, Inc. Having reviewed the motion, the Court finds that it should be GRANTED.

It is therefore ORDERED that any trial settings of this matter shall not coincide with the dates July 16-18, 2014.

**SIGNED this 19th day of February, 2014.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

4