


**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| SYNQOR, INC.<br><br>      Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br>VICOR CORPORATION<br><br>      Defendants. | Civ. No. 2:11-cv-54-MHS-CMC<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING DEFENDANT CISCO SYSTEMS, INC.'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT THE RECORD IN SUPPORT OF ITS MOTION TO SEVER

Before the Court is the Unopposed Motion for Leave to Supplement the Record in Support of its Motion to Sever brought by Defendant Cisco Systems, Inc. ("Cisco"). After consideration of same, the Court is of the opinion that it is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that Cisco is allowed to file a supplemental brief of up to five pages in length in support of its Motion to Sever and SynQor may file, within ten days of this order, a responsive brief of up to five pages, with no replies or sur-replies.

**SIGNED this 25th day of February, 2014.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE