**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SynQor, Inc.<br><br>           Plaintiff,<br><br>v.<br><br>Cisco Systems, Inc. and<br>Vicor Corporation.<br><br>           Defendants. | Civil Action No. 2:11-cv-54-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND
SYNQOR'S INFRINGEMENT CONTENTIONS FOR CISCO**

On this day, the Court considered the Unopposed Motion for Leave to Amend SynQor's Infringement Contentions for Cisco. After considering the Motion, the Court finds that it should be, and is hereby, GRANTED.

IT IS THEREFORE ORDERED that Plaintiff SynQor, Inc. is granted leave to amend its Infringement Contentions as requested in its Motion and reflected in its proposed Fifth Supplemental Disclosure of Asserted Claims and Infringement Contentions for Cisco attached as Exhibit 1 to the Motion.

**SIGNED this 21st day of March, 2014.**

*Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE